IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD and JARVIS JERNIGAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendant. | Case No. 3:17-cv-02664-RS<br><br>**ORDER ON STIPULATED REQUEST FOR ORDER CHANGING HEARING DATE PER L.R. 6-2**<br><br>Date: August 25, 2017<br><br>Judge: Honorable Richard Seeborg |

Having duly considered the Parties' Stipulated Request for an Order Changing Time Per L.R. 6-2 and the documents in support, IT IS HEREBY ORDERED that the Motion is GRANTED.

The hearing date on defendant's Motion to Transfer Plaintiffs deadline to file a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is hereby continued until October 12, 2017, at 1:30 p.m., in Courtroom 3. It is further ordered that the deadline for Plaintiffs to file an opposition memorandum is also continued until September 7, 2017. Finally, defendants' deadline to file a reply memorandum is extended until September 14, 2017.

San Francisco, this __25th__ day of __August__, 2017.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA