IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD and JARVIS JERNIGAN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RAISER, LLC, <br><br> Defendants. | Case No. 3:17-cv-02664-RS <br><br> [Hon. Richard Seeborg] <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS UBER TECHNOLOGIES, INC.'S AND RAISER, LLC'S DEADLINE TO OPPOSE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 STAY OF DISCOVERY** |

1     The Court, having considered the Parties' Joint Stipulation to Continue Defendants Uber Technologies, Inc.'s and Raiser, LLC's Deadline to Oppose Plaintiffs' Motion for Administrative Relief from General Order 56 Stay of Discovery, and good cause appearing, the Court ORDERS as follows:

    1.     Defendants' deadline to file an Opposition to Plaintiffs' Motion for Relief from Stay of Discovery shall be continued by ten days – to October 27, 2017.

**IT IS SO ORDERED.**

DATED: 10/17/17

_____
Honorable Richard Seeborg
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB1/ 94027476.1

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION