UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CRAWFORD, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>UBER TECHNOLOGIES, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-02664-RS (MEJ)<br>**DISCOVERY ORDER**<br>Re: Dkt. No. 96 |

Pending before the Court is the parties' focused Joint Letter Brief regarding three terms in a proposed protective order. Ltr. Br., Dkt. No. 96. The Court rules as follows:

Issue I: The parties may designate material as Highly Confidential – Attorneys' Eyes Only or Highly Confidential – Source Code. If the opposing party challenges the designation, the parties shall meet and confer regarding specific documents at issue. The parties are excused from the in-person meet and confer requirement, but must confer in good faith at least by telephone, and may not simply exchange their positions in writing. The parties may bring specific disputes to the undersigned by joint letter brief if they cannot resolve their disputes by meeting and conferring.

Issue II: The undersigned finds no basis for departing from the standard model protective order.

Issue III: The undersigned finds no basis for departing from the standard model protective order.

**IT IS SO ORDERED.**

Dated: April 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge