| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Anne Marie Estevez (*pro hac vice*) |
| 2 | 200 Biscayne Boulevard, Suite 5300 |
| | Miami, FL 33131 |
| 3 | T: 305.415.3000 |
| | F: 305.415.3001 |
| 4 | annemarie.estevez@morganlewis.com |
| 5 | Stephanie Schuster (*pro hac vice*) |
| | Patrick Harvey (*pro hac vice*) |
| 6 | Clara Kollm (*pro hac vice*) |
| | 1111 Pennsylvania Avenue, NW |
| 7 | Washington, DC 20004 |
| | T: 202.739.3000 |
| 8 | F: 202.739.3001 |
| | stephanie.schuster@morganlewis.com |
| 9 | patrick.harvey@morganlewis.com |
| | clara.kollm@morganlewis.com |
| 11 | Kathy H. Gao (CA Bar No. 259019) |
| | 300 South Grand Avenue, 22nd Floor |
| | Los Angeles, CA 90071 |
| 12 | T: 213.612.2500 |
| | F: 213.612.2501 |
| 13 | kathy.gao@morganlewis.com |

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD and JARVIS JERNIGAN, JR., | Case No. 3:17-cv-02664-RS |
| Plaintiffs, | **STIPULATION TO CONSOLIDATE FACT DISCOVERY AND ENTER PROTECTIVE ORDER IN RELATED CASES** |
| v. | |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | Judge: Hon. Richard Seeborg |
| Defendants. | |
| STEPHAN NAMISNAK and FRANCIS FALLS, | Case No. 3:17-cv-06124-RS |
| Plaintiffs, | **STIPULATION TO CONSOLIDATE FACT DISCOVERY AND ENTER PROTECTIVE ORDER IN RELATED CASES** |
| v. | |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | Judge: Hon. Richard Seeborg |
| Defendants. | |

Case No. 3:17-cv-02664-RS

1

1 | Plaintiffs Scott Crawford and Jarvis Jernigan, Jr. ("Crawford Plaintiffs"), Plaintiffs Stephan Namisnak and Francis Falls ("Namisnak Plaintiffs") (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") (together, with Plaintiffs, the "Parties"), through counsel, hereby submit this Stipulation to Consolidate Fact Discovery and Enter Protective Order in the captioned actions, and jointly move this court to so order.

1. WHEREAS, the Crawford Plaintiffs commenced the action styled *Crawford v. Uber Technologies, Inc.*, No. 3:17-cv-02664-RS (N.D. Cal.), on May 9, 2017 ("Crawford Action");

2. WHEREAS, the Namisnak Plaintiffs, along with Mitchell Miraglia, commenced the action styled *Namisnak v. Uber Technologies, Inc.*, No. 3:17-cv-06124-RS (N.D. Cal.), on October 26, 2017 ("Namisnak Action"). On May 8, 2018, the Namisnak Plaintiffs filed a First Amended Complaint, to which Mr. Miraglia is not a party. *Namisnak*, ECF No. 54.

3. WHEREAS, by order dated November 14, 2017, this Court deemed the Crawford Action and the Namisnak Action as related cases under Civil Local Rule 3-12(a). *Crawford*, ECF No. 58; *Namisnak*, ECF No. 24.

4. WHEREFORE, the Parties have conferred and agreed that consolidating fact discovery in the Crawford Action and the Namisnak Action, in the manner set forth in **Appendix A**, would serve the purposes of Civil Local Rule 3-12 and allow fact discovery to proceed in a manner that is most efficient for the Parties and the Court. The Parties have further conferred and agreed that entry of the Protective Order attached as **Appendix B** in the Crawford Action, and entry of the Protective Order attached as **Appendix C** in the Namisnak Action will and is necessary to facilitate consolidated fact discovery.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

| Dated: June 15, 2018, 2018 | Respectfully submitted, |
|---|---|
| | MORGAN, LEWIS & BOCKIUS LLP |
| | By  s/ Anne Marie Estevez |
| | Anne Marie Estevez<br>Stephanie Schuster<br>Patrick Harvey<br>Clara Kollm<br>Kathy H. Gao |
| | *Attorneys for Defendants* |
| Dated: June 15, 2018, 2018 | s/ William Most |
| | William Most (CA # 279100)<br>AQUA TERRA AERIS LAW GROUP<br>828 San Pablo Ave., Ste. 115B<br>Albany, CA 94706<br>T: (504) 509-5023<br>williammost@gmail.com |
| | s/ Garret S. DeRues |
| | Garret S. DeReus (LA # 35105) (*pro hac vice*)<br>BIZER & DEREUS, LLC<br>3319 St. Claude Ave.<br>New Orleans, LA 70117<br>T: 504-619-9999; F: 504-948-9996<br>gdereus@bizerlaw.com |
| | *Attorneys for Plaintiff* |

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:  7/17 , 2018

HON. RICHARD SEEBORG

Case No. 3:17-cv-02664-RS