MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T: 305.415.3000
F: 305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.3000
F: 202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T: 213.612.2500
F: 213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD and JARVIS JERNIGAN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER, LLC, <br><br> Defendants. | Case No. 3:17-cv-02664-RS <br><br> ORDER <br> **STIPULATED MOTION TO EXTEND STAY** AS MODIFED BY THE COURT <br><br> **Hon. Richard J. Seeborg** |

## STIPULATED MOTION TO EXTEND STAY

Plaintiffs Scott Crawford and Jarvis Jernigan, Jr. ("Plaintiffs"), and Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") (collectively, the "Parties"), through counsel, submit this Joint Motion to Extend the Stay. In support of this stipulated joint motion, the Parties state as follows:

1. On October 17, 2018, the Parties participated in a mediation session conducted by Mediator Howard A. Herman. ECF No. 111.

2. With the assistance of Mediator Herman, the Parties negotiated a confidential agreement to, among other things, jointly seek an order staying all proceedings in this action for eighteen months.

3. On October 30, 2018, the Parties filed a Joint Stipulation to Stay Proceedings in the captioned case seeking an eighteen month stay. ECF No. 113.

4. On November 5, 2018, this Court granted the joint request for a stay, but modified the stay to only twelve months. ECF No. 114 ¶¶ 3, 6.

5. The parties continue to believe that they will be more likely to resolve the case if the Court enters the original eighteen month stay to which the parties agreed.

6. An order extending the stay would also impact the scheduled November 7, 2019 status conference and attendant deadline to file a joint case management statement by October 31, 2019. As such, the parties further request the Court to continue the status conference and attendant deadline to submit a joint case management statement to a date after April 30, 2020.

WHEREFORE, the Parties jointly move this Court to extend the stay entered in this case to April 30, 2020, and to continue the status conference and attendant deadline to submit a joint management statement to dates after April 30, 2020. Pretrial Conference set for June 10, 2020 at 10:00 am. Bench Trial set for June 22, 2020 at 9:00 am. Further Case Management Conference set for May 14, 2020 at 10:00 am. Case Management Statement due May 7, 2020.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

| | |
|---|---|
| Dated: October 24, 2019 | Respectfully submitted, |

<u>s/Anne Marie Estevez</u>
MORGAN, LEWIS & BOCKIUS LLP
By: s/ Anne Marie Estevez
Anne Marie Estevez
Stephanie Schuster
Patrick A. Harvey
Clara Kollm
Kathy H. Gao

*Attorneys for Defendants*

<u>s/ Garret DeReus</u>
BIZER AND DEREUS, LLC
Garret DeReus
Andrew Bizer

*Attorney for Plaintiffs*

<u>s/ William Most</u>
AQUA TERRA AERIS LAW GROUP
William Most

*Attorney for Plaintiffs*

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I will have on file all holographic signatures corresponding to any signature indicated by a conformed signature (s/) within this e-filed document.

<u>s/Anne Marie Estevez</u>
Anne Marie Estevez

**PURSUANT TO STIPULATION**

**IT IS SO ORDERED, this  25th   day of October, 2019.**

**Hon. Richard Seeborg**
**United States District Judge**

3