United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT CRAWFORD, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 17-cv-02664-RS

**FURTHER CASE MANAGEMENT SCHEDULING ORDER**

The parties attended a telephonic Further Case Management Conference on May 21, 2020. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **January 7, 2021 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

    2.    AMENDED SCHEDULE.

Moving forward, the case shall proceed according to the following schedule:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | December 18, 2020 |
| Plaintiffs' Expert Disclosures | January 18, 2021 |

| Defendants' Expert Disclosures | February 18, 2021 |
|---|---|
| Close of Expert Discovery | March 19, 2021 |
| Deadline to File Dispositive / *Daubert* Motions | April 19, 2021 |
| Deadline for Oppositions to Dispositive / *Daubert* Motions | May 19, 2021 |
| Deadline for Replies for Dispositive / *Daubert* Motions | June 9, 2021 |
| Last Day to Set Hearing for Dispositive / *Daubert* Motions | July 15, 2021 |
| Pretrial Conference | September 22, 2021 |
| Bench Trial Commences | October 4, 2021 |

**IT IS SO ORDERED**.

Dated: May 21, 2020

_____
RICHARD SEEBORG
United States District Judge