# Exhibit "D" Placeholder

# Original Filed Under Seal