MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T: 305.415.3000
F: 305.415.3001
annemarie.estevez@morganlewis.com

*Attorneys for Defendants*
*(additional counsel on signature block below)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A PORTION OF PLAINTIFFS' EXPERT REPORT UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A PORTION OF PLAINTIFFS' EXPERT REPORT UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies Inc. and Rasier, LLC seek leave to file a portion of Plaintiffs' expert report by James M. Cooper, PhD under seal. Defendants seek leave to file under seal because, *inter alia*, the report contains Defendants' confidential, non-public business and operational information and Defendants would suffer competitive harm if the information contained therein were released to the general public.

This Administrative Motion to File Under Seal is supposed by the Declaration of Morgan Jackson, which is appended hereto.

Defendants have attached a redacted and unredacted version of Dr. Cooper's report.

A proposed order that is narrowly tailored to seal only the sealable materials, and which lists in table format each document or portion thereof that is sought to be sealed, is also appended hereto.

WHEREFORE, Defendants respectfully request the Court to grant Defendants' Administrative Motion to File Documents Under Seal and enter the appended proposed order.

Dated: April 19, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez
Anne Marie Estevez
Stephanie Schuster
Patrick Harvey
Kathy H. Gao

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused Defendants' Administrative Motion to File Documents Under Seal, and all documents thereto, to be served on all counsel of record via e-mail.

s/ Patrick A. Harvey
Patrick A. Harvey