MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T: 305.415.3000
F: 305.415.3001
annemarie.estevez@morganlewis.com

*Attorneys for Defendants*
*(additional counsel on signature block below)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies Inc. and Rasier, LLC seek leave to file under seal certain documents associated with their Motion for Summary Judgment. Specifically, Defendants request an order granting leave to file the following documents, or portions thereof, under seal:

| Exhibit | Description |
|---|---|
| 2 | Excerpts of 2019 WAV Budget |
| 3 | Excerpts of 2020 WAV Budget |
| 4 | April 27, 2020 Presentation prepared by MV Transportation |
| H | Excerpt of 11/20/20 30(b)(6) Deposition of Defendants Uber Technologies, Inc. and Rasier, LLC given by Niraj Patel |
| L | April 12, 2017 Internal Email Chain (UBER00005077) |
| M | April 19, 2017 Internal Email Chain (UBER00019326) |
| N/A | Declaration of Niraj Patel, portions thereof |
| N/A | Declaration of Kevin Nolan, portions thereof |
| N/A | Portions of Defendants' Memorandum of Points and Authorities discussing the portions of documents above for which Uber seeks leave to file under seal. |

Defendants seek to file the documents listed above under seal because, *inter alia*, they contain Defendants' confidential, non-public business and operational information and Defendants would suffer competitive harm if the information contained therein were released to the general public.

This Administrative Motion to File Under Seal is supposed by the Declaration of Morgan Jackson, which is appended hereto.

For those documents for which Defendants seek only to file a portion under seal, Defendants have attached redacted and unredacted versions of those documents.

Pursuant to Local Civil Rule 79-5(e), Defendants also seek leave to file under seal Exhibit B of its motion for summary judgment because Plaintiff Stephan Namisnak has designated the document as confidential under the stipulated protective order. This portion of the motion to seal is supported by the appended Declaration of Stephanie Schuster.

A proposed order that is narrowly tailored to seal only the sealable materials, and which lists in table format each document or portion thereof that is sought to be sealed, is also appended hereto.

WHEREFORE, Defendants respectfully request the Court to grant Defendants' Administrative Motion to File Documents Under Seal and enter the appended proposed order.

Dated: April 19, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez
Anne Marie Estevez
Stephanie Schuster
Patrick Harvey
Kathy H. Gao

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused Defendants' Administrative Motion to File Documents Under Seal, and all documents thereto, to be served on all counsel of record via e-mail.

s/ Patrick A. Harvey
Patrick A. Harvey