1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT CRAWFORD

Plaintiff,

v.

UBER TECHNOLOGIES, INC. *et al.*,

Defendants.

STEPHAN NAMISNAK, *et al.*,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC. *et al.*,

Defendants.

Case No-3:17-cv-02664-RS

**DECLARATION OF NIRAJ PATEL IN
SUPPORT OF SUMMARY JUDGMENT**

**CONFIDENTIAL – FILED UNDER
SEAL**

Case No-3:17-cv-06124-RS

I, Niraj Patel, hereby declare as follows:

1.      I am over eighteen years old.  I submit this declaration based on my personal knowledge.  I make this declaration in support of Uber's Motion for Summary Judgment in the above-referenced cases.

2.      I have been an employee of Uber Technologies, Inc. ("Uber") since August 2014.  I am currently the Director of Rider Operations for the U.S. and Canada for Uber.  Before that, I was the Strategy and Planning Lead in the U.S. and Canada.  I have supervised and managed the team responsible for Uber's pilot operations related to wheelchair accessible vehicle (WAV) trips since 2017.  In my roles at Uber, I have learned about WAVs, who uses them, and the challenges associated with attracting drivers with WAVs to seek and accept ride requests via the Uber Driver App.

3.      I am aware that Plaintiffs have requested certain actions from Uber and certain platform outcomes in these cases, namely that Uber add a "WAV" request option to the Uber Rider App, ensure that fleets of 30–60 and 20–60 WAVs are available to respond to ride requests in New Orleans, Louisiana and Jackson, Mississippi, respectively, and also that there be "equivalent service" between WAVs and standard vehicles on the Uber Platform.  My understanding is that equivalent service between WAV and standard vehicles means that rider wait times, rider prices, and area and time or availability are the same.

**Background on Uber's Ridesharing Technology**

4.      Uber develops proprietary software applications that are used to access digital marketplaces.  Using proprietary algorithms, Uber's mobile applications connect into digital marketplaces individual consumers in need of goods and services with individuals and businesses that are willing to provide goods and services.

5.      The primary industries for which Uber develops marketplace apps are food and ridesharing.  In the food space, Uber develops apps that facilitate a three-way marketplace called "Eats," between eaters, restaurants, and couriers.  Uber's mobile applications, which are free to download, also support well-known ridesharing marketplaces, wherein riders and drivers can buy

and sell rides from each other.  One app, the Uber Driver App, is designed for people that wish to sell rides as rideshare drivers ("Drivers"). The Uber Driver App allows Drivers to receive—to accept or reject—ride requests submitted by riders through another app, the Uber Rider App.  The Uber Rider App allows riders to create and submit location-based ride requests.  Many of the Drivers that use the Uber Driver App are individuals who are not professionally licensed livery drivers, and thus often called "peer-to-peer" rideshare drivers.  Other Drivers are professionally licensed livery drivers.  Most riders are individuals, but businesses can also maintain a rider-facing account for their employees to request and pay for rides.

6.      The Uber Rider App and Uber Driver App include a variety of options to permit a rider and Driver to enter and access different marketplaces based on the size and type of vehicle. The most common option, UberX, is for rides in standard, four-door vehicles.  In some jurisdictions, "Uber Comfort" and "Uber Black" are marketplaces where the rides being sold by Drivers are in larger or more luxurious vehicles.  Uber Pool is a marketplace where Riders and Drivers can buy and sell shared rides with multiple passengers going to different destinations but along a similar route, which is more efficient and cost-effective.

7.      Uber itself does not provide rides.  It does not choose, buy, sell, rent, lease, own, maintain, or control the vehicles that are used by Drivers when they sell rides.  It does not employ drivers to perform rides, and it does not enter into any agreements with riders to give them a ride. Uber provides the technology and some services, like payment collection, that allows Drivers and riders to do business with each other.

8.      Rasier, LLC, a subsidiary of Uber, licenses the Uber Driver App to Drivers pursuant to a standard contract called a "Platform Access Agreement."  A true and correct copy of the current Platform Access Agreement is attached hereto as Exhibit 1.  Uber's relationship with Drivers is governed by that contract.

9.      Uber generates revenues from its development of ridesharing technology by charging Drivers a service fee on trips that Drivers successfully complete.  Generally, if a rider requests a trip and a Driver is online, receives the request, accepts it, and does the trip, Uber will collect the rider price from the rider, on the Driver's behalf, and charge the Driver a fee for the

services Uber provides to the Driver, including facilitating the rider's request by making the Rider App available and stimulating rider demand, and collecting and processing the payment for the Driver.

10.     Uber did not invent the concept of people selling and buying rides amongst themselves on a peer-to-peer basis.  Of course, Uber also did not invent the idea of professional livery-licensed individuals, like limousine drivers, selling rides to people.  However, Uber's technology (and the technology of some of its competitors in the ridesharing technology space) has made it significantly easier for persons looking to buy and sell rides to find each other at the right time and at the right place.  For this reason, the number of people looking to sell rides and the number of people looking to buy them has grown since the advent of app-facilitated ridesharing marketplaces.

11.     The marketplaces facilitated by Uber's Apps are open; Drivers can enter the marketplaces and make themselves available at any time by opening their Driver App and clicking a button to "go online," which means they will appear in Uber's technology as open for business and thus relevant for purposes of receiving rider requests.  Riders can likewise enter the marketplace at any time by opening their Rider App and creating a ride request.  Uber does not generally bar any rider or Driver with an active account from entering the marketplace.  At the same time, Uber does not mandate that any rider or Driver enter the marketplace at any given time or in any given location.  In short, each individual rider and Driver makes his or her own decisions about when to enter the marketplace, and thus the number of riders requesting rides in any time and place, and the number of Drivers available to receive requests at any time and place, is determined by the collective decisions of riders and Drivers.  For this reason, there is no guarantee that any rider will get his or her ride request accepted, nor is there any guarantee that any Driver will receive a ride request.  Of course, since Uber generates revenues from completed trips, it is in Uber's financial interest to have as many riders and drivers completing trips in the marketplaces as possible.  For

this reason, Uber advertises and markets its Apps and the marketplaces to try to stimulate both demand for and supply of ridesharing trips.

12.     Drivers decide what vehicle they wish to use when they access the ride marketplaces.  When a Driver goes through the process to gain access to the platform, he or she can onboard one or more vehicles to use when they go online.  Each Driver controls and decides which vehicles he or she wants to onboard and, if a Driver has more than one vehicle associated with his or her account, which vehicle to drive at any given moment.

13.     While riders get the Uber Rider App to access the marketplaces for the purposes of buying rides from rideshare drivers, Drivers get the Uber Driver App to access the marketplaces for the purposes of selling services to earn money.  Drivers decide whether to enter any marketplace, and if they do, they decide when to enter it and where to enter it.  One Driver may choose to drive downtown between 5 p.m. and 9 p.m., while another may decide to drive in the suburbs on Tuesday from 11 a.m. to 12:30 p.m.  My understanding is that Drivers make these decisions for their own reasons, such as when they are available, where they live and work, and whether they want to maximize profitability or avoid certain trip types and/or times, such as avoiding bar crowds or traffic.  Because the marketplaces are open, Drivers may enter them on a full-time basis, for dozens of hours a week, or on a very part-time basis, for a few hours a year.  Uber can and does take steps to attempt to nudge both riders and Drivers into buying and selling more trips, but it does not control or employ riders or Drivers so it cannot mandate their decisions or behavior in this regard.

14.     In many places, there is a certain density of both supply and demand, such that a rider who submits a request for a ride has a high chance of his or her request being accepted.  Likewise, a Driver that goes online has a high chance of receiving a trip request.  In many places, given the increase in the number of both persons looking to buy rides and persons looking to sell rides, which Uber's technology has made easier than before, riders have a good chance of having

5

1    their requests accepted within a short period of time—at some places and times, in a matter of

2    minutes.  Uber calls this a rider's "wait time" or "actual time of arrival."

3          15.    Having marketplace dynamics wherein a rider will have a request accepted and in a

4    short wait time is not a guarantee.  It has the best chance of happening in a dense marketplace,

5    wherein the supply of sellers is high.  If the ratio of Drivers (sellers) to riders (buyers) is low, on

6    average each Driver will be farther away from each requesting Rider, making wait times longer.

7    But having a high supply of Drivers is also not a guarantee; it requires a high density of riders

8    making requests.  Drivers will not make themselves available if the demand for their services is

9    low, since Drivers are not earning money unless they are receiving requests and completing trips.

10   Thus, riders need and attract Drivers, and Drivers need and attract riders.  Only where there is a

11   high density of both within a geographic area will ride requests regularly get accepted and with low

12   wait times.

13         16.    Uber's financial success has not yet materialized in the sense that Uber as a company

14   has never turned a profit.  Since it went public in May 2019, it is under increasing pressure to prove

15   to the world that it can make money and do so on a sustainable basis going forward.  For this reason,

16   Uber is under increasing pressure to control costs and focus on lines of business that can and will

17   be profitable in a near to mid term time frame.

18               **Plaintiffs Demand that Uber Add a WAV Request Option to the Rider App**

19         17.    I am aware that Plaintiffs have demanded that Uber add an option to request a trip

20   in a WAV vehicle in Jackson, MS and New Orleans, LA.

21         18.    It is technically possible to add a feature in the Rider App to request a trip in a WAV

22   (or any other type of vehicle).  If Uber were to do this, it would also make sense to allow Drivers

23   to onboard WAVs as a vehicle associated with their Driver accounts.  In fact, Uber has taken these

24   steps in certain cities, and I have knowledge of the results.

25

26

27

28

6

19.     However, that a rider requested a trip in a WAV does not mean that a Driver will be online, and nearby in a WAV, and then accept the trip request.  There must be Drivers in WAVs nearby, online, and willing and able to accept the request.

20.     Adding a feature to allow Riders to request a trip in a WAV alone will not mean that riders will be able to obtain a ride in a WAV.  This is because it does not make financial sense for a Driver to select a WAV as the vehicle he or she will use when trying to earn money by selling rides as a rideshare driver.  Simply adding a request feature for WAV trips will not do anything beneficial in terms of building a successful marketplace wherein riders have a reliable likelihood of having their requests accepted.

21.     One of the most important decisions a Driver can make in terms of his or her profit making is what vehicle to use.  Based in large part on local regulatory requirements, Uber has basic vehicle standards (like 10 years old with four doors) that allow for dozens if not hundreds of makes and models, and then Drivers make their own decisions.

22.     Many Drivers may simply use the vehicle they already own for reasons unrelated to ridesharing.  This is one of the best features of ridesharing, in that it allows individuals to take an expensive asset they already have and which most of the time is not utilized (their vehicle) and turn it into a revenue-generating asset in their free time.  The fact that Drivers can take a vehicle they already have and use it for ridesharing is an important factor in the growth, density, and success of ridesharing marketplaces.

23.     Other Drivers may choose to obtain a vehicle for ridesharing purposes, for example, because they do not want to add miles to their existing car, do not want non-family members to ride in it, or want to spend their time in a particular type of vehicle.  They may then use that same vehicle for personal use as well, or not.

24.     In terms of making decisions regarding what vehicle to drive, a Driver may choose to use a sedan that he or she already owns, and would own for reasons separate from ridesharing, that can be used to sell trips in the X or Pool marketplaces.  This choice would not require the Driver to acquire an additional or expensive vehicle.  By way of example, an expensive vehicle can certainly make sense for a Driver too, if it can be used for trips in a high-price marketplace, like

UberBlack, wherein professionally licensed drivers sell high-end rides in luxury limousine-type vehicles. Conversely, a more expensive vehicle than a Driver would not typically already have and that can be used only for low-price trips or for types of trips that are limited in number would be the least rational option from a profit-making perspective.

25.   WAVs are typically minivans that have been modified to have a motorized ramp and modified seating allowing for the placement and securement of a heavy motorized wheelchair.

26.   The overwhelming majority of individuals that own a vehicle do not own a WAV. Whereas the Uber marketplaces have succeeded in a large part because Drivers can utilize a vehicle they already own and can use when they are not doing ridesharing, WAV ownership is extremely limited. In terms of purchasing a vehicle for use in ridesharing, WAVs are much more expensive to purchase than traditional automobiles. A new WAV can cost anywhere from $40,000 to $100,000. While certain minivans can be converted into a WAV after-market, the cost of such conversions can range from $15,000–$30,000 each.[1]

27.   In addition to high up-front costs, WAVs require higher operating and maintenance costs, higher fuel costs due to greater weight, and higher liability insurance premiums. Another factor from the perspective of a profit-seeking Driver is that specialized safety and securement training is required to provide WAV trips which takes time and costs money, which is one more impediment to selling such trips. Also, individuals with motorized wheelchairs usually need assistance entering and exiting the vehicle and securing the wheelchair, so ride-sharing trips involving individuals with a motorized wheelchair are inherently longer than trips involving individuals who do not require such a wheelchair, thus reducing the number of trips a Driver can sell in a period of time.

28.   Further, the demand for WAV trips is low. The individuals who require WAVs for transportation are those individuals who require the use of motorized wheelchairs. Non-motorized wheelchairs can be folded and fitted into the trunk of a normal sedan. The number of individuals requiring a motorized wheelchair is low, and not every person in a motorized wheelchair desires to buy trips in a peer-to-peer app-based marketplace. Accordingly, demand for transportation by

---

[1]   https://www.consumeraffairs.com/automotive/wheelchair-vans/

1   WAV is extremely low compared to the demand for trips in a standard vehicle. ███████

2   ███████████████████████████████████████████████████████████████████

3   ███████████████████████████████████████████████████████████████████

4   ████████████████████████. Therefore, a Driver who has a WAV can ███████

5   ███████████████████████████████████████████████████████████████████

6   ████████████████████████. This, however, also means that the WAV is less likely to be nearby

7   and available at the time of any WAV trip request by a rider who uses a motorized wheelchair,

8   because ████████████████████████████████████████████████████████████████

9   ██████████████████████████████████████████████████████████████████.

10        29.      Rider price is another issue. ████████████████████████████

11   ███████████████████████████████████████████████████████████████████

12   ██████████████████████████████████ This means the rider price will be the same for a rider that

13   requests a trip in the UberWAV marketplace as in the UberX marketplace.  But the cost to the

14   Driver of providing a WAV trip is much higher, given the expense of WAVs.  The rider price and

15   driver earnings for a trip in a WAV could be sufficiently high to reflect the true cost of Drivers'

16   provision of WAV trips, but that would suppress demand for such trips, and make the cost more

17   expensive than many riders would be willing and able to pay.

18        30.      Given the high cost of WAVs, and the low demand for WAV trips, ████████

19   ████████████████████████████, obtaining a WAV for the purpose of selling WAV trips

20   does not make sense from the perspective of an economically rational, profit-seeking individual

21   Driver, especially where such individual has other profit-making opportunities.  Thus, in the UberX

22   marketplace, selling rides makes sense for Drivers and thus it can take little effort by Uber for

23   Drivers to take the steps necessary to obtain a Driver account and access the platform, but the same

24   is not true in the WAV marketplace.

25        31.      Likewise, the number of people who already own a WAV (and thus would not need

26   to acquire one in order to use it for ridesharing) is very low, and not all such people wish to be

27   rideshare drivers.  To the extent some small number of persons did choose to be rideshare drivers,

28

1   the number of such persons and the amount of time they would be available would not support a

2   functioning reliable marketplace.  Uber has seen these dynamics in the real world.

3        32.     For these reasons, simply adding a WAV request feature to the Rider App, and also

4   allowing Drivers to onboard with a WAV, alone would not lead to a situation wherein riders can

5   actually see their WAV trip requests accepted on a sufficiently reliable basis.  There would be

6   no meaningful supply.

7   **Plaintiffs' Demand for Equivalent Service**

8        33.     As stated above, I am aware that Plaintiffs have demanded "equivalent service,"

9   which I understand to mean they demand that a rider can obtain a WAV trip or an UberX trip for

10   the same price, at the same times and places, with the same wait time.

11        34.     First, this request does not properly reflect what Uber is and does.  Uber makes

12   apps.  So equivalency from Uber should focus on the apps.  Requesting a trip in a WAV and

13   requesting a trip in any other vehicle are equivalent.  Plaintiffs demand is focused more so on the

14   services that are provided by third parties and that may be requested using the Uber Rider App. But

15   Drivers provide rides, not Uber, and Drivers are not employees of Uber.

16        35.     Setting that aside, to have truly equivalent service in terms of ride metrics like wait

17   times and time and place of availability, the only way I am aware of to have that would be if every

18   vehicle on the Uber platform were a WAV.  The only ways to accomplish that would be (1) for

19   Uber to buy and own every vehicle and then select WAVs for every vehicle it buys, and then either

20   employ drivers to drive those WAVs or somehow provide the WAVs to Drivers, or (2) for Uber to

21   prohibit all Drivers from accessing the Uber platform unless he or she had a WAV.

22        36.     The first option would come with an enormous financial cost and be a radical

23   departure from Uber's business model.  Uber does not and has never owned the vehicles that

24   Drivers use to provide rides in the marketplaces like UberX, UberBlack, UberPool, etc.  Instead,

25   Drivers have owned and selected their own vehicles.

26        37.     The second option would simply destroy ridesharing.  Ridesharing works in large

27   part because Drivers can use a vehicle they already own and can use for personal use as well as

28   ridesharing, or can obtain a low-cost vehicle that can be profitable to operate.  If Uber were to

1   require all Drivers to obtain WAVs or convert their vehicles into WAVs instead of using the vehicle

2   they were currently using, it would not be possible for them all to do so, and even if it were many

3   would choose to stop selling rides instead of converting their vehicle or obtaining a new one.  The

4   supply of Drivers and vehicles would plummet.  UberX and UberWAV would be equivalent, but

5   both would fail as the marketplaces would lack sufficient supply.

6   **Plaintiffs Demand for a "Fleet" of 30-60 and 20-60 WAVs in New Orleans and Jackson**

7   38.   I understand that in connection with the Namisnak lawsuit, Plaintiffs have

8   demanded that Uber "ensure that a fleet of approximately 30-60 WAVs are available in New

9   Orleans," and that in the Crawford case, Plaintiff has also demanded a guarantee that "a fleet of

10  approximately 20-60 WAVs are available in Jackson."  (Namisnak Complaint, para. 70, and

11  Crawford Complaint, para. 69)

12  39.   These demands appear to fail to comprehend the basic facts about how Uber works,

13  what Uber's business model is, and how WAV marketplaces work.  Uber does not have a fleet of

14  vehicles, and it does not own WAVs.  Nor does Uber provide WAV service with any particular

15  wait time.  Third parties, either individual drivers or commercial fleets, do these things.  So to the

16  extent that Plaintiffs intend that Uber buy WAVs, maintain them, and/or employ Drivers to drive

17  them, that would be a dramatic departure from Uber's business model.  To the extent Plaintiffs

18  want Uber to ensure that third parties buy WAVs and operate them on the Uber platform, Uber

19  cannot ensure that any independent third party does anything.

20  40.   The demands for availability of 30-60 WAVs or 20-60 WAVs are also

21  fundamentally unclear in terms of when and where such a number of WAVs would be online at the

22  same time.  These details matter: there could be 60 WAVs in a city and yet zero to one online at

23  any given moment in time.  If Plaintiffs are demanding that at any moment, 24/7 and 365 days a

24  year, 60 WAVs must be available for a rider, a significant multiple of that number of active Drivers

25  with WAVs would need to be logged onto the Uber Driver App and seeking and accepting WAV

26  ride requests for 60 Drivers to be available—with no rider at the moment—to provide WAV trips

27  at any one time.  That in turn would mean that far more Drivers would need to have an active

28

1  account and a WAV, since Drivers do not drive 24/7, 365, and no individual vehicle can be on the

2  road 24 hours a day.

3       41.    If Uber were to attempt to see that Plaintiffs demand were met,

4  ████████████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████████

8  ██████████████████████████. In fact,████████████████████████████

9  ████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████.

15      42.    Initially,████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████.

19      43.    Uber attempted in 2017 and 2018 to seek out a sophisticated multi-city or national

20 commercial entity that could provide large scale supply and perform with operational competence.

21      44.    MV Transportation ("MV"), a sophisticated company with a fleet of vehicles and

22 employee drivers and multi-city reach,██████████████████████████████.   In

23 2018, Uber announced a partnership with MV, under which MV would bring a fleet of Drivers and

24 hundreds of WAVs into the Uber Apps' WAV marketplaces across several cities.

25      45.    ███████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████████████

47.    Uber's experience working with MV in a handful of major cities has given Uber a clear sense of the costs and benefits of doing so.

48.    My team and I created a "2019 WAV Budget." As a regular part of Uber's business, my colleague, Connor Fagent, was responsible for maintaining and updating the 2019 WAV Budget

. I personally reviewed and relied on the 2019 WAV budget throughout that year.  Creating this budget was a regular practice of my team's efforts

. True and correct copies of pertinent excerpts of the 2019 WAV Budget are attached hereto as Exhibit 2.

49.

13

51. ████████████████████████████████████████

████████████████████████████████████████████:

| Jurisdiction | Uber's Cost Per WAV Trip |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

52.   For 2020, like we did in 2019, my team and I created a comprehensive "2020 WAV Budget." I personally reviewed and relied on the 2020 WAV Budget throughout that year. Creating this budget was a regular practice and component of my team's efforts ████████████ ██████████. True and correct copies of pertinent excerpts of the 2020 WAV Budget are attached hereto as Exhibit 3.

█████████████████████████████████████████████████████
██████████████████████████████

54.   █████████████████████████:

| Jurisdiction | Uber's Cost Per WAV Trip |
|---|---|
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |
| ███████████ | ██████ |

55.   ███████████████████████████████████
████████████████████████████████████████████████.
However, Uber is unable to verify whether any particular requesting rider actually requires a WAV.
████████████████████████████████████████████
████████████████.

56.   While Uber spends ███████████████████████, the rider prices riders
pay for WAV trips and the service fees Uber collects from Drivers on those trips
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████.

57.   So these numbers inform in terms of what the costs would be to enter into a similar
arrangement for Jackson and New Orleans, ████████████████████

DECLARATION OF NIRAJ PATEL
CONFIDENTIAL – FILED UNDER SEAL

1  ████████████████████████████████████████.  MV Transportation does not

2  currently operate in either city.

3       58.    Uber's ████████████████████████████████████

4  ████████████████████ in New Orleans and Jackson would be even more costly to Uber.

5       59.    Like all of the marketplaces accessible via Uber's technologies, WAV works best

6  in dense, well-populated areas.  Such areas are most likely to support a well-balanced marketplace

7  where riders' demand for rides and the supply of available Drivers is sufficiently high and can find

8  equilibrium.  The pilot cities where Uber supports WAV marketplaces are some of the largest

9  population centers in the United States, like New York City and Los Angeles.

10      60.    New Orleans is a city with a smaller population than any of the cities in which the

11  WAV pilot is ongoing.  Based on publicly available resources, New Orleans has about half the

12  population of Washington, D.C., the Uber WAV pilot city with the smallest population.[2]  New

13  Orleans is also less densely populated than the other WAV jurisdictions.[3]

14      61.    Jackson is a much smaller city than New Orleans.  Its population is not even a quarter

15  of the population in Washington, D.C. and is significantly less dense as well.[4]

16  ██████ In addition, ██████████████████████████████████████████

17  ████████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████

22

23  ─────────────────────

24  [2]    As of July 1, 2019 New Orleans had an estimated population of 390,144 as compared to
    705,749 for Washington, D.C.    https://www.census.gov/quickfacts/neworleanscitylouisiana;

25  https://www.census.gov/quickfacts/DC
    [3]    As of 2010, New Orleans only had 2,029 people per square mile while Washington, D.C.

26  had 9,856.   https://www.census.gov/quickfacts/neworleanscitylouisiana;
    https://www.census.gov/quickfacts/DC.

27  [4]    Jackson, Mississippi had an estimated population of 160,628 as of July 1, 2019, and a
    population density (as of 2010) of only 1,562.5 people per square mile.

28  https://www.census.gov/quickfacts/jacksoncitymississippi

1

2

3       63.     Given these challenges, and based on my experience overseeing the WAV team at

4  Uber, even assuming a third party commercial fleet that could provide scalable WAV supply could

5  even be located, I believe the cost of supporting any kind of WAV marketplace in New Orleans or

6  Jackson would cost Uber, on a per-WAV-trip basis, at least as much as the cities where Uber's

7  costs per WAV trip are highest.  It would therefore not surprise me if the costs in New Orleans and

8  Jackson were as high ████████████████████████████. At the very least,

9  there is no reason to believe that meeting Plaintiffs' demands would not cost at least as much per

10 WAV trip ██████████████████████, which is the pilot city

11 closest in size to both New Orleans and Jackson.  Because ████████████

12 ████████████████████, I also believe that costs likely would exceed

13 that amount, if it could even be done based on the assumption that third party fleets would

14 materialize.

15       ███     These estimates reflect the bare minimum I would expect Uber to spend to have a

16 minimally viable WAV marketplace on its platform.  But that is not what I understand the Plaintiffs

17 to have demanded.   As explained above, ████████████████████████

18 ████████████, Uber has yet to identify a way to encourage a WAV marketplace

19 that is as reliable as the other Uber App marketplaces because the economics do not make sense for

20 Drivers.

21

22

23

24

25

26

27 ████████████  Thus, meeting Plaintiffs' demand for up to 60 WAV Drivers in each

28 city would cost considerably more than Uber currently spends to support WAV options in other

cities, and would require an entity like MV Transportation, except much bigger and more resourced, to provide those vehicles and Drivers to drive them. 

**Uber Cannot Lose Money on WAV Forever**

69.     My colleagues and I were cautiously optimistic when we launched the UberWAV pilot in 2017.

. Uber wanted to find a cost-efficient and sustainable way to help make the UberWAV marketplace a success,

70.     Based on my experience, my current belief is that it is not possible for Uber to break even on its WAV option without significant subsidies, such as from the government.

71.     Uber has incurred significant losses since its inception.  Its ride-sharing segment has suffered severe declines because of the COVID-19.  Like any for-profit business, and especially a public company, Uber cannot continue to lose money forever.

**Other Techniques**

73.     I mentioned above that in addition to the required commercial fleet arrangement, Uber has tried other techniques to attempt to encourage WAV supply in certain cities.  These other techniques include (A) offering financial incentives to Drivers to encourage them to seek and accept WAV ride requests using the Uber Driver App; (B) partnering with car leasing and rental companies who lease or rent WAVs to current and potential Drivers who use the Uber Driver App; (C) encouraging local taxi Drivers who drive WAV taxis to seek and accept WAV ride requests via the Uber Driver App.  All of these techniques

74.     The types of financial Uber has offered incentives fall into two broad categories:

19

1 ████████████████████████████████████████████████████████████
2 ████████████████████████████

3      75.    Incentives are just incentives: they do not guarantee that any Driver does anything.

4 ████████████████████████████████████████████████████████████

5 ████████.  By themselves, these incentives did not entice Drivers in meaningfully significant

6 numbers to purchase or lease a WAV for the purpose of seeking and accepting ride requests or to

7 actually use WAVs to provide rides requested through the Uber platform.

8      76.   ████████████████████████████████████████████

9 ████████████████████████████████████████████████ They

10 only work if individual Drivers learn about them and get comfortable with them enough to change

11 their own long-term behaviors in terms of which vehicle they obtain for ridesharing, the types of

12 trips to offer, and the frequency with which they do so.  ████████████████████████

13 ██████████████████████████████████████.  This means that supply

14 is obtained on a driver-by-driver basis, which is not scalable or efficient.

15      77.    For these reasons,  ████████████████████████████████

16 ████████████████████████████████████

17 ████████.  Incentives can be offered in a city  ████████████████

18 ████████████████████████████████ the kind of supply that can help build,

19 at least, a starting point for supply.

20      78.    In terms of working with rental or leasing companies, Uber worked with third party

21 car leasing and rental companies ████████████████████████████████████

22 ████████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████

25        Leasing vehicles to rideshare drivers is a complicated business, involving

26 commercial, financial, and local and state level regulatory issues.  It also requires business

27 operational infrastructure and physical infrastructure like vehicle showrooms.  When WAV was

28 launched, Uber hoped to utilize its relationship with Xchange Leasing, LLC to help Drivers lease

          20          DECLARATION OF NIRAJ PATEL
                                     CONFIDENTIAL – FILED UNDER SEAL

WAVs, and piggybacking off of the infrastructure that Xchange Leasing had for its own business purposes.  Xchange Leasing was a subsidiary of Uber's designed to lease vehicles to Drivers who wanted to seek and accept ride requests via the Uber Driver Apps.

81.     Shortly after the pilot program began, Xchange Leasing was seeking to cease doing business, and Xchange Leasing's portfolio was ultimately sold to Fair, a separate company unaffiliated with Uber, in January 2018.

82.

83.     Uber has also entered into partnerships with rental companies in certain cities to help the rental companies rent vehicles to Drivers.

However, most rental companies do not have a regular supply of WAVs.  So, historically partnering with rental companies to assist Drivers in acquiring WAVs has not been a reliable means of increasing access to and thus encouraging Drivers to use the Uber Apps to provide WAV rides to riders.

84.     Short-term car rentals can be appealing to Drivers because they do not have to make a large up-front investment in a WAV or deal with the higher ongoing maintenance costs.  But absent large subsidies from somewhere, renting a WAV would likely be cost prohibitive to a Driver. For instance, E-rive in Chicago is a rental company that rented WAVs to Drivers for the purpose

of seeking and accepting ride requests via the Uber Driver App.  E-Rive would rent a standard vehicle for only $46 per day but a WAV would cost $650 per day.[5]

85. ████████████████████████████████████████████

██████████ because of these limitations, partnering with rental companies has not proven to be a reliable, scalable method of attracting a consistent and significant supply of WAV transportation providers to offer their services on Uber's platform.

86. In terms of taxis, in a few jurisdictions, Uber has tried to partner with WAV taxi drivers to seek and accept ride requests via the Uber Driver App. ███████████████

████████████████████████████████████████████████████████ For instance, a rider in Washington, D.C. can select a "Taxi WAV" option to request a ride from a WAV taxicab. The rider cost of these rides is based on standard D.C. taxi fares, whereas the rider cost of rides requested from non-taxi Drivers via the "WAV" option in Washington, D.C. is typically less than standard D.C. taxi fares.

87. Most jurisdictions do not require WAV taxis and therefore few taxi drivers or taxi companies have a sufficient or meaningful fleet of WAVs. ███████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████.

88. A taxi Driver with a WAV may also agree to use the Uber Driver App, but then not perform any WAV trips in the WAV marketplace.  For example, if a taxi Driver accepts a WAV trip request, he or she may drive by another rider attempting to hail a ride on the street, and then

---

[5]  *See* http://www.e-rive.com/assets/images/handbook.pdf

1   cancel the WAV request in favor of the street hail trip that does not require an unpaid pre-pick up

2   drive.

3         89.    Given these challenges and limited availability, making Uber's technology available

4   to taxicab companies has not proven to result in significant supply and a reliable WAV trip

5   marketplace.

6         90.    In short, if Uber were to attempt to achieve the 20-60 and 30-60 WAVs outcome

7   that Plaintiffs have demanded, in order to make it even plausible, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. If it did so, Uber would likely

9   also use the other techniques discussed above as a supplement to and in combination with the an

10  arrangement, but such techniques would be very costly and burdensome from an operational

11  standpoint, and experience has demonstrated that they do not cause individual Drivers to provide

12  the amount of supply that would satisfy Plaintiffs demands or build a functioning and reliable WAV

13  trip marketplace.

14  /

15  /

16

17

18

19

20

21

22

23

24

25

26

27

28

1     I declare under penalty of perjury that the foregoing is true and correct.

2

3

4     Executed on April 18, 2021                                  Niraj Patel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28