**BIZER & DEREUS, LLC**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

PUBLIC JUSTICE, P.C.
Karla Gilbride
Stephanie K. Glaberson
1620 L St. NW, Ste. 630
Washington, DC 20036
T: 202-797-8600
kgilbride@publicjustice.net

*Attorneys for Plaintiffs*
*(Additional counsel listed in signature block)*

| | |
|---|---|
| SCOTT CRAWFORD<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC. and RAISER, LLC,<br><br>Defendants | Case No.: 3:17-cv-02664-RS<br><br><br>**DECLARATION OF FRANCIS FALLS IN OPPOSITION TO UBER'S MOTION FOR SUMMARY JUDGMENT** |
| STEPHAN NAMISNAK, *ET AL.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants | Case No.: 3:17-cv-06124-RS<br><br><br>**DECLARATION OF FRANCIS FALLS IN OPPOSITION TO UBER'S MOTION FOR SUMMARY JUDGMENT** |

Summary Judgment Ex. SSS

1

I, Mr. Francis Falls, declare as follows:

1. I am a named plaintiff in the case captioned *Namisnak v. Uber Technologies, Inc.* No. 3:17-cv-06124-RS. I submit this affidavit in opposition to Uber's motion for summary judgment.

2. I have personal knowledge of the facts in this affidavit and know them to be true and correct.

3. While I was temporarily "bedbound" during my deposition, my medical condition has been improving.

4. Since approximately early April, I have again been again able to travel around New Orleans in my electric wheelchair.

5. If an accessible Uber transportation service was available in New Orleans, and I could obtain accessible transportation in a van equipped with a lift or ramp, my medical conditions would not stop me from utilizing said service.

6. When asked at my deposition whether there are "any WAV transportation providers in New Orleans" and my answer was "I don't know." That is correct. I cannot definitively say whether there zero WAV taxis in New Orleans, one or two such vehicles, or more.

7. However, from my 30+ years of life experience living in New Orleans, and my 16 years being an individual with a disability that regularly interacts with other disabled folks here in New Orleans, I cannot recall seeing or hearing about a wheelchair accessible taxi service. I have not "searched Google" for an accessible taxi service because it would be pointless for me to search for a service that I do not believe is readily available in New Orleans.

8. However, if a big company, such as Uber, were to publicly advertise a wheelchair accessible transportation service, I would be particularly interested in using said service.

9. If I were to learn that Uber's transportation service is wheelchair accessible—either through advertisements, my friends, the community, or otherwise, I would be interested in using said service. For example, I would like to use said accessible service during late nights when I am out with friends in the French Quarter.

10. I have not investigated the price of Uber's transportation application because I know that said service is not accessible to me. It does not matter whether the app is free or costs money; I have no desire to download said application until I know that I can obtain an accessible Uber ride that will accommodate my electric wheelchair.

11. Throughout the time I was temporarily bedbound due to my wounds, which also coincided with the COVID-19 pandemic, I maintained my desire and intent to return to my normal day-to-day life and my desire to use Uber's service when Uber makes it service accessible. My intentions to use Uber's service when Uber makes its service accessible to wheelchair users did not change due to my temporary hospitalization.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection, and belief.

Executed this May 17, 2021.

*Francis Falls* (signature)

Francis Falls

3

DECLARATION OF FRANCIS FALLS IN OPPOSITION TO UBER'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-cv-06124-RS and 3:17-cv-02664-RS