|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| SCOTT CRAWFORD | Case No-3:17-cv-02664-RS |
|---|---|
| Plaintiff, | **DECLARATION OF ROBERT RUPP** |
| v. | |
| UBER TECHNOLOGIES, INC. *et al.*, | |
| Defendants. | |

| STEPHAN NAMISNAK, *et al.*, | |
|---|---|
| Plaintiffs, | **DECLARATION OF ROBERT RUPP** |
| v. | |
| UBER TECHNOLOGIES, INC. *et al.*, | Case No-3:17-cv-06124-RS |
| Defendants. | |

1    I, Robert Rupp, hereby declare as follows:

2    1.   I am over eighteen years old. I submit this declaration based on my personal knowledge. I make this declaration in support of Uber's Brief in Opposition to Plaintiffs' Motion for Summary Judgment in the above-referenced cases.

3    2.   I have been an employee of Uber Technologies, Inc. ("Uber") for more than six years. I am currently the Senior Manager for Strategy and Analytics for Vehicles. I work for Uber's Vehicles Team, which is primarily focused on managing co-marketing relationships with third-party vehicle rental companies, which may enter into agreements between themselves and Drivers who use the Uber Driver App. I have been on Uber's Vehicles Team since August 2015.

4    3.   In the past, part of my job responsibilities were to find and manage Uber's co-marketing relationships with third-party vehicle leasing companies.

5    4.   One such relationship I managed was with Xchange Leasing, LLC, an Uber subsidiary that leased vehicles to Drivers who use the Uber Driver App. [REDACTED]

6    5.   Vehicle leasing, especially as it relates to ridesharing, is a complex business, both operationally and also in terms of the regulatory environment.

7    6.   In 2018, [REDACTED], Xchange Leasing went out of business.

8    7.   Xchange Leasing never operated in or leased vehicles to residents of New Orleans, Louisiana or Jackson, Mississippi.

9    8.   To the extent that Plaintiffs contend that Uber could easily form with a third party entity a new business relationship similar to the arrangement between Uber and Xchange Leasing, based on experience that is false. After Xchange Leasing went out of business, [REDACTED]

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS                      2                    DECLARATION OF ROBERT RUPP

1 ▌███████████████████████████████████████████████████████████

2 ▌████████████████████████████████████

3    9.  Neither Uber Technologies, Inc. nor Rasier LLC has ever been in the vehicle leasing

4 business. With Xchange Leasing out of business and with ████████████████████

5 ███████████████████████████████████████████████████████████

6 ███████████████████████████████████████████████████████████

7 █████████████████████████████████████

8    10. In the past, an Uber subsidiary, UATC, LLC (f/k/a Uber ATG), researched and

9 developed autonomous vehicle technologies. As part of those research and development efforts,

10 UATC had put research vehicles on the road in Arizona and Pittsburgh, with a safety driver in the

11 car; ██████████████████████████████████████

12 ████████████████ These trips were all stopped before the end of 2018, and have not occurred

13 since then. Uber Technologies no longer owns a majority stake in a subsidiary that is developing

14 self-driving passenger vehicle technology.

15    11. I understand that Plaintiffs now claim that Uber's vehicle requirements in New

16 Orleans and Jackson, Mississippi screen out Drivers of WAVs. Uber sets general vehicle

17 requirements and state/local laws may also have specific vehicle requirements in that venue. The

18 vehicle requirements allow for hundreds of different vehicles in terms of make, model, and year.

19 The purpose of these requirements are to balance platform functionality and public safety concerns.

20 Uber's vehicle requirements in New Orleans and Jackson prohibit "vans" (as distinct from

21 minivans, which are not vans and are not considered or treated as vans by Uber) and after-market

22 seating modifications. These requirements are necessary in part because vans and after-market

23 seating modifications may pose safety concerns for riders and drivers. But as I previously testified,

24 Uber's vehicle requirements in New Orleans would not prohibit a driver from using a WAV to sell

25 rides in the UberX marketplace. Nor do the similar vehicle requirements in place for Jackson

26 prohibit drivers from using WAVs.

27

28

DocuSign Envelope ID: D54BFE70-CC47-4E8B-9B3E-09BFE56C1827

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4  Executed on: May 19, 2021

*Bob Rupp*
_____
Robert Rupp

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

DECLARATION OF ROBERT RUPP