MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
T: 202.739-3000
F: 202.739-3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T: 713.890.5000
F: 713.890.5001
ethel.johnson@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T:  213.612.2500
F:  213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>          Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DEFENDANTS' PRETRIAL DISCLOSURES UNDER RULE 26(a)(3)** |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>          Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>          Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DEFENDANTS' PRETRIAL DISCLOSURES UNDER RULE 26(a)(3)** |

Case No-3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

DEFENDANTS' RULE 26(a)(3) DISCLOSURES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants Uber Technologies, Inc. and Rasier, LLC, make the following pretrial disclosures regarding the evidence that they may present at trial unless solely for impeachment. Defendants reserve all rights to supplement these disclosures permitted under Federal Rule of Civil Procedure 26(e) and the Court's Standing Order for Civil Bench Trials ("Standing Order").

I. **Potential Live Witnesses — Rule 26(a)(3)(A)(i)**

    A. **Witnesses Defendants the Party Expects to Offer**

1. Niraj Patel
2. Connor Fagent
3. Scott Crawford
4. Stephan Namisnak
5. Francis Falls

Niraj Patel and Connor Fagent are current Uber employees that can be contacted through counsel at Morgan, Lewis & Bockius c/o Stephanie Schuster at 1111 Pennsylvania Avenue, NW, Washington, D.C., 202-739-6000. Scott Crawford, Stephan Namisnak, and Francis Falls are the Plaintiffs and can be contacted through their counsel.

    B. **Witnesses Defendants May Call if the Need Arises**

1. Robert (Bob) Rupp
2. Kevin Nolan
3. Any witness called by Plaintiffs at trial.
4. Any custodian of records necessary to authenticate documents.

Bob Rupp, Kevin Nolan, and any custodian of records are current Uber employees that can be contacted through counsel at Morgan, Lewis & Bockius c/o Stephanie Schuster at 1111 Pennsylvania Avenue, NW, Washington, D.C., 202-739-6000.

II. **Deposition Designations — Rule 26(a)(3)(A)(ii)**

Defendants disclose that it may present testimony by deposition of the following witnesses:

1. Scott Crawford
2. Stephan Namisnak

3. Francis Falls

Pursuant to the Court's Standing Order, any designations of the excerpts of deposition testimony Defendants intend to introduce will be filed or served at least five (5) days before the commencement of the trial.

### III. Documents and Exhibits — Rule 26(a)(3)(A)(iii)

Pursuant to the Court's Standing Order, Defendants will serve copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment or rebuttal ten days before the final Pretrial Conference.

**A. Documents or Other Exhibits That Defendants Expect to Offer at Trial**

| Beginning Bates | Description |
|---|---|
| UBER00005461 | January 6, 2020 Platform Access Agreement |
| UBER00019875 | 2019 WAV Budget |
| UBER00019878 | 2020 WAV Budget |
| UBER00019453 | April 27, 2020 Presentation Slides re: Uber and MV Transit Contract Extension |
| UBER00005451 | January 6, 2020 Fare Addendum |
| N/A[1] | July 12, 2021 Uber's Terms of Use |
| N/A[2] | October 20, 2021 Uber Community Guidelines -- United States and Canada |
| UBER00019036 | US & Canada WAV Database |
| UBER00019879 | Uber 2020 Annual Report |
| UBER00001723 | Amendment No. 1 to Uber's Strategic Partnership Agreement with Mv Transportation |
| UBER00020047 | Uber Vehicle Requirements in Austin |
| UBER00020058 | Uber Vehicle Requirements in Boston |

---

[1] Publicly available at: https://www.uber.com/legal/en/document/?name=general-terms-of-use&country=united-states&lang=en

[2] Publicly available at: https://www.uber.com/legal/en/document/?name=general-community-guidelines&country=united-states&lang=en

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS                    2             DEFENDANTS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| UBER00020070 | Uber Vehicle Requirements in Chicago |
| UBER00020079 | Uber Vehicle Requirements in Houston |
| UBER00020086 | Uber Vehicle Requirements in Los Angeles |
| UBER00020097 | Uber Vehicle Requirements in Philadelphia |
| UBER00020108 | Uber Vehicle Requirements in Phoenix |
| UBER00020116 | Uber Vehicle Requirements in Portland |
| UBER00020130 | Uber Vehicle Requirements in San Francisco |
| UBER00020141 | Uber Vehicle Requirements in Washington, D.C. |
| P_002207 | Uber Vehicle Requirements for New Orleans, LA (Pl SJ Ex. FFF) |
| P_002217 | Uber Vehicle Requirements for Jackson, Mississippi (Pl. SJ Ex. GGG) |
| N/A[3] | U.S. Census "Quick Facts" for New Orleans, LA |
| N/A | U.S. Census "Quick Facts" for Jackson, Mississippi |
| N/A | U.S. Census "Quick Facts" for San Francisco |
| N/A | U.S. Census "Quick Facts" for Austin |
| N/A | U.S. Census "Quick Facts" for New York City |
| N/A | U.S. Census "Quick Facts" for Boston |
| N/A | U.S. Census "Quick Facts" for Chicago |
| N/A | U.S. Census "Quick Facts" for Washington, D.C. |
| N/A | U.S. Census "Quick Facts" for Los Angeles |
| N/A | U.S. Census "Quick Facts" for Philadelphia |
| N/A | U.S. Census "Quick Facts" for Phoenix |
| N/A | U.S. Census "Quick Facts" for Portland |
| N/A | U.S. Census "Quick Facts" for Houston |

---

[3] Defendants intend to file a request for the Court to take judicial notice of the publicly available information prepared by the U.S. Census.

Pursuant to the Court's Standing Order, Defendants will designate discovery, including responses to interrogatories and requests for admission, five days before the commencement of trial.

**B.      Documents Or Other Exhibits That Defendants May Offer At Trial If The Need Arises**

| Beginning Bates | Description |
|---|---|
| UBER00005077 | April 12, 2017 Email from N. Juliano |
| UBER00019326 | Jan. 19, 2017 Email from J. Schacter |

Dated: December 17, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez

Anne Marie Estevez
Ethel J. Johnson
Stephanie Schuster
Patrick A. Harvey
Kathy H. Gao

*Attorneys for Defendants*