IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>         Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>         Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DECLARATION OF<br>STEPHANIE SCHUSTER** |
| STEPHAN NAMISNAK, *et al.*,<br><br>         Plaintiffs,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC.,  *et al.*,<br><br>         Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DECLARATION OF<br>STEPHANIE SCHUSTER** |

I, Stephanie Schuster, hereby declare as follows:

1.      I am over eighteen years old.  I submit this declaration based on my personal knowledge.

2.      I am a partner at Morgan, Lewis & Bockius, LLP, and I represent Defendants Uber Technologies, Inc. and Rasier, LLC in the referenced cases.

3.      I submit this declaration in support of Defendants' Motion for Partial Summary Judgment.

4.      A true and correct copy of a printout from Uber's website reflecting a list of eligible vehicles for New Orleans, Louisiana is attached as **Exhibit A** and publicly available at http://www.uber.com/global/en/eligible-vehicles/?city=new-orleans.

5.      A true and correct copy of a printout from Uber's website reflecting a list of eligible vehicles for Jackson, Mississippi is attached as **Exhibit B** and publicly available at http://www.uber.com/global/en/eligible-vehicles/?city=jackson.

6.      A true and correct copy of a printout from Uber's website reflecting vehicle requirements for drivers in New Orleans, Louisiana is attached as **Exhibit C** and publicly available at http://www.uber.com/us/en/drive/new-orleans/vehicle-requirements/

7.      A true and correct copy of a printout from Uber's website reflecting vehicle requirements for drivers in Jackson, Mississippi is attached as **Exhibit D** and publicly available at http://www.uber.com/us/en/drive/jackson/vehicle-requirements/.

8.      A true and correct copy of a printout from Uber's website reflecting vehicle requirements for drivers in Philadelphia, Pennsylvania is attached as **Exhibit E** and publicly available at http://www.uber.com/us/en/drive/philadelphia/vehicle-requirements/.

9.      A true and correct copy of a printout from Uber's website reflecting vehicle requirements for drivers in Chicago, Illinois is attached as **Exhibit F** and publicly available at http://www.uber.com/us/en/drive/chicago/vehicle-requirements/.

10.      A true and correct copy of a printout from Uber's website reflecting vehicle requirements for drivers in Washington, D.C. is attached as **Exhibit G** and publicly available at

1     http://www.uber.com/us/en/drive/washington-dc/vehicle-requirements/.

2          11.    A true and correct copy of Plaintiff Scott Crawford's Responses to Defendants'

3     Requests for Admission, dated November 11, 2021, is attached as **Exhibit H**.

4          12.    A true and correct copy of Plaintiffs Stephan Namisnak and Francis Falls's

5     Responses to Defendants' Requests for Admission, dated November 11, 2021, is attached as

6     **Exhibit I**.

7          13.    A true and correct copy of Plaintiff Scott Crawford's Responses to Defendant

8     Rasier, LLC's First Set of Interrogatories, dated November 11, 2021, is attached as **Exhibit J**.

9          14.    A true and correct copy of Plaintiffs Stephan Namisnak and Francis Falls's

10    Responses to Defendant Rasier, LLC's First Set of Interrogatories, dated November 11, 2021, is

11    attached as **Exhibit K**.

12         I declare under penalty of perjury that the foregoing is true and correct.

13

14

15         Executed on December 23, 2021

16                                                              Stephanie Schuster

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Case 3:17-cv-02664-RS    Document 207-1    Filed 12/23/21    Page 5 of 120

Uber

Sign up

# Eligible vehicles in New Orleans ⊗

The information on this page is for convenience purposes only. All vehicles must comply with the requirements on Uber's vehicle requirements page for your area and for the ride option listed there (for example, UberX requires 5 seats and 4 doors, UberXL requires 7 seats and 4 doors, etc.). If a vehicle model appears here, but does not comply with the vehicle requirements for ride options in your area, that vehicle is not eligible to use in your area. Note: The year listed for each vehicle below signifies the minimum model year for eligibility.

🔍 Enter vehicle make or model

| AM General | + |
| Acura | + |
| Alfa Romeo | + |
| Audi | + |
| BAIC | + |
| BAW | + |
| BMW | + |
| BYD | + |
| Bentley | + |

UBER00020149

Brilliance      +

Buick      +

Cadillac      +

Chana      +

Chery      +

Chevrolet      +

Chrysler      −

**200** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2015 (Comfort)

**300** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2015 (Comfort)

**Town and Country** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Sebring** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Voyager** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Concorde** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**PT Cruiser** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Intrepid** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Pacifica** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (UberXL) / 2018 (Comfort)

**Delta** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Aspen** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2015 (Comfort)

UBER00020150

Case 3:17-cv-02664-RS    Document 207-1    Filed 12/23/21    Page 7 of 120

| Coda | + |
|---|---|

| Dacia | + |
|---|---|

| Daewoo | + |
|---|---|

| Datsun | + |
|---|---|

| Dodge | − |
|---|---|

**Durango** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Grand Caravan** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

**Attitude** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**JCUV** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Dakota** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Neon** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Intrepid** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Caravan** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

**Ram 1500** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Vision** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Stratus** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Ram 2500** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

UBER00020151

Ram 3500 – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Magnum** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Charger** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Caliber** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Nitro** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Avenger** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Journey** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Dart** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

---

Fiat                                                                                                    +

Force                                                                                                   +

Ford                                                                                                    +

GAC Toyota                                                                                              +

GM                                                                                                      +

GMC                                                                                                     +

Genesis                                                                                                 +

Hafei                                                                                                   +

Honda                                                                                                   −

**Civic** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020152

**City** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Passport** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Clarity Plug-In Hybrid** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**CR-V** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2018 (Comfort)

**Airwave** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Edix** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Freed** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Ballade** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Jade** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Stepwgn** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Ciimo** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Clarity** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Crossroad** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**FCX Clarity** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**That's** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Pilot** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2017 (Comfort)

**BR-V** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Ridgeline** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Fit** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020153

**Odyssey –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

**Clarity Electric –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Accord Crosstour –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Crosstour –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Accord Hybrid –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Accord –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**CR-V Hybrid –** 2006 (Connect, VIP, Uber Pet, UberX) / 2018 (Comfort)

**FR-V –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Jazz –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Insight –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**HR-V –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

---

Hongqi                                                                          +

Hummer                                                                          +

Hyundai                                                                         +

IKCO                                                                            +

Infiniti                                                                        +

Isuzu                                                                           +

UBER00020154

12/22/21, 10:07 AM
Case 3:17-cv-02664-RS   Document 227-1   Filed 12/23/21   Page 11 of 120
Eligible Cars and Their Vehicle Solution for your Region

| Jaguar | + |

| Jeep | + |

| Kia | − |

**Rio** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Cerato** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**E-Niro** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2018 (Comfort)

**Magentis** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K9** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K7** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K5** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Lotze** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Seltos** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K2** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Optima PHEV** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Quoris** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Stylus** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K4** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Soul EV** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Telluride** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

UBER00020155

**Optima –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Clarus –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Stinger –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**K900 –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2015 (Comfort)

**K3 –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Sorento –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort) / 2019 (UberXL)

**Amanti –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Sedona –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

**Rio 5-Door –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Rio5 –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Rondo –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Borrego –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Soul –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Forte –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Cadenza –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Niro –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Niro Plug-In Hybrid –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Cee'd –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Opirus –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020156

**Carens –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Carnival –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Spectra –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Sportage –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2018 (Comfort)

**Sportage R –** 2018 (Comfort)

---

LCK     +

---

LDV     +

---

Lada     +

---

Land Rover     +

---

Landwind     +

---

Lexus     +

---

Lifan     +

---

Lincoln     +

---

Maruti Suzuki     +

---

Maserati     +

---

Maybach     +

---

Mazda     +

---

Mercedes-Benz     +

---

UBER00020157

Mercury                                                                  +

_____

Mini                                                                    +

_____

Mitsubishi                                                              +

_____

Naza                                                                    +

_____

Nissan                                                                  +

_____

Oldsmobile                                                              +

_____

Polestar                                                                +

_____

Pontiac                                                                 +

_____

Porsche                                                                 +

_____

Qoros                                                                   +

_____

RAM                                                                     +

_____

Ram Trucks                                                              +

_____

Rolls-Royce                                                             +

_____

Rover                                                                   +

_____

Saab                                                                    +

_____

Saipa                                                                   +

_____

Saturn                                                                  +

_____

Scion                                                                   +

UBER00020158

| Subaru | + |
|---|---|
| Suzuki | + |
| Tesla | + |
| Toyota | − |

**Corolla Cross Hybrid** – 2006 (Connect, VIP, Uber Pet, UberX)

**Prado** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Tarago** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Calya** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Aurion** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Rukus** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Kluger** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Ultima** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Highlander Hybrid** – 2006 (Connect, VIP, Uber Pet, UberX) / 2017 (Comfort)

**Vios** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Reiz** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Mark II** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Proace** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**WISH** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020159

**Harrier** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Picnic** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Fortuner** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Premio** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**SW4** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Alphard** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Corolla iM** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Innova** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Aristo** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Etios** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Allion** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Caldina** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Succeed** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Belta** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Avanza** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Avalon Hybrid** – 2006 (Connect, VIP, Uber Pet, UberX) / 2017 (Comfort)

**Hilux** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Gaia** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Wigo** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Grandia** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020160

Eligible Vehicles and Other Vehicle Solutions Driving in Your Region

Raum – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Silver Cloud – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Comfort – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Corolla Matrix – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

NAV1 – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Passo – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Aqua – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Noah – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

Ractis – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Sai – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Camry Hybrid – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

Hilux Surf – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Corolla Hybrid – 2006 (Connect, VIP, Uber Pet, UberX)

Corolla Sedan – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

4Runner – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

Sienta – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

bB – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Corolla Rumion – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Prius Plug-in – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

Echo – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020161

**Corolla Touring Sports Hybrid** – 2006 (Connect, VIP, Uber Pet, UberX)

**C-HR** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Yaris Sedan** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Sienna** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2018 (Comfort)

**RAV4** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2018 (Comfort)

**Avalon** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Tacoma** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Highlander** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2011 (UberXL) / 2017 (Comfort)

**E'Z** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Agya** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Prius+** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Sequoia** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2017 (Comfort)

**Ventury** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL)

**Crown Sedan** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Altis** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla EX** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Tundra** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Land Cruiser** – 2006 (Connect, VIP, Uber Green, Uber Pet, UberX, UberXL) / 2017 (Comfort)

UBER00020162

**Corolla Fielder –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Mark X –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla Spacio –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Vanguard –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla Hybrid LE –** 2006 (Connect, VIP, Uber Pet, UberX)

**Century –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Yaris –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Camry –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Venza –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2017 (Comfort)

**Cami –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Tercel –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Prius V –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Prius C –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Auris Hybrid –** 2006 (Connect, VIP, Uber Pet, UberX)

**Matrix –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Prius –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Yaris iA –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Aygo –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla Cross –** 2006 (Connect, VIP, Uber Pet, UberX)

**Auris –** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

UBER00020163

**Avensis -** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**RAV4 Hybrid -** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX) / 2018 (Comfort)

**Allex -** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Corolla Hatchback -** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Prius Alpha -** 2006 (Connect, VIP, Uber Green, Uber Pet, UberX)

**Mirai -** 2021 (Connect, VIP, Uber Pet, UberX)

**Prius Prime -** 2020 (Connect, VIP, Uber Green, Uber Pet, UberX)

| | |
|---|---|
| **Volkswagen** | + |
| **Volvo** | + |
| **Vortex** | + |
| **ZAZ** | + |
| **ZXAUTO** | + |

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

UBER00020164

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

UBER00020165

English

Washington D.C.




© 2021 Uber Technologies Inc.

Privacy                Accessibility                Terms

# EXHIBIT B

Uber

Sign up

# Eligible vehicles in Jackson ⊗

The information on this page is for convenience purposes only. All vehicles must comply with the requirements on Uber's vehicle requirements page for your area and for the ride option listed there (for example, UberX requires 5 seats and 4 doors, UberXL requires 7 seats and 4 doors, etc.). If a vehicle model appears here, but does not comply with the vehicle requirements for ride options in your area, that vehicle is not eligible to use in your area. Note: The year listed for each vehicle below signifies the minimum model year for eligibility.

🔍 Enter vehicle make or model

| AM General | + |
| Acura | + |
| Alfa Romeo | + |
| Audi | + |
| BAIC | + |
| BAW | + |
| BMW | + |
| BYD | + |
| Bentley | + |

UBER00020167

| Brilliance | + |
|---|---|

| Buick | + |
|---|---|

| Cadillac | + |
|---|---|

| Chana | + |
|---|---|

| Chery | + |
|---|---|

| Chevrolet | + |
|---|---|

| Chrysler | − |
|---|---|

**200** – 2006 (UberX)

**300** – 2006 (UberX)

**Pacifica** – 2006 (UberX) / 2017 (UberXL)

**Town and Country** – 2006 (UberXL, UberX)

**Voyager** – 2006 (UberXL, UberX)

**Aspen** – 2006 (UberXL, UberX)

**Sebring** – 2006 (UberX)

**Concorde** – 2006 (UberX)

**PT Cruiser** – 2006 (UberX)

**Intrepid** – 2006 (UberX)

**Delta** – 2006 (UberX)

UBER00020168

| Coda | + |

| Dacia | + |

| Daewoo | + |

| Datsun | + |

| Dodge | − |

**Grand Caravan** – 2006 (UberXL, UberX)

**Caravan** – 2006 (UberXL, UberX)

**Durango** – 2006 (UberX)

**Attitude** – 2006 (UberX)

**JCUV** – 2006 (UberX)

**Dakota** – 2006 (UberX)

**Neon** – 2006 (UberX)

**Intrepid** – 2006 (UberX)

**Ram 1500** – 2006 (UberX)

**Vision** – 2006 (UberX)

**Stratus** – 2006 (UberX)

**Ram 2500** – 2006 (UberX)

**Ram 3500** – 2006 (UberX)

**Magnum** – 2006 (UberX)

**Charger** – 2006 (UberX)

UBER00020169

**Caliber** – 2006 (UberX)

**Nitro** – 2006 (UberX)

**Avenger** – 2006 (UberX)

**Journey** – 2006 (UberX)

**Dart** – 2006 (UberX)

| | |
|---|---|
| Fiat | + |
| Force | + |
| Ford | + |
| GAC Toyota | + |
| GM | + |
| GMC | + |
| Genesis | + |
| Hafei | + |
| Honda | − |

**Airwave** – 2006 (UberXL, UberX)

**Freed** – 2006 (UberXL, UberX)

**Crossroad** – 2006 (UberXL, UberX)

**Pilot** – 2006 (UberXL, UberX)

UBER00020170

**Odyssey** – 2006 (UberXL, UberX)

**Civic** – 2006 (UberX)

**City** – 2006 (UberX)

**Passport** – 2006 (UberX)

**Clarity Plug-In Hybrid** – 2006 (UberX)

**CR-V** – 2006 (UberX)

**Edix** – 2006 (UberX)

**Ballade** – 2006 (UberX)

**Jade** – 2006 (UberX)

**Stepwgn** – 2006 (UberX)

**Ciimo** – 2006 (UberX)

**Clarity** – 2006 (UberX)

**FCX Clarity** – 2006 (UberX)

**That's** – 2006 (UberX)

**BR-V** – 2006 (UberX)

**Ridgeline** – 2006 (UberX)

**Fit** – 2006 (UberX)

**Clarity Electric** – 2006 (UberX)

**Accord Crosstour** – 2006 (UberX)

**Crosstour** – 2006 (UberX)

UBER00020171

**Accord Hybrid** – 2006 (UberX)

**Accord** – 2006 (UberX)

**CR-V Hybrid** – 2006 (UberX)

**FR-V** – 2006 (UberX)

**Jazz** – 2006 (UberX)

**Insight** – 2006 (UberX)

**HR-V** – 2006 (UberX)

| | |
|---|---|
| Hongqi | + |
| Hummer | + |
| Hyundai | + |
| IKCO | + |
| Infiniti | + |
| Isuzu | + |
| Jaguar | + |
| Jeep | + |
| Kia | − |

**Sorento** – 2006 (UberX) / 2019 (UberXL)

**Telluride** – 2006 (UberXL, UberX)

UBER00020172

**Sedona** – 2006 (UberXL, UberX)

**Borrego** – 2006 (UberXL, UberX)

**Carens** – 2006 (UberXL, UberX)

**Carnival** – 2006 (UberXL, UberX)

**Rio** – 2006 (UberX)

**Cerato** – 2006 (UberX)

**E-Niro** – 2006 (UberX)

**Magentis** – 2006 (UberX)

**K9** – 2006 (UberX)

**K7** – 2006 (UberX)

**K5** – 2006 (UberX)

**Lotze** – 2006 (UberX)

**Seltos** – 2006 (UberX)

**K2** – 2006 (UberX)

**Optima PHEV** – 2006 (UberX)

**Quoris** – 2006 (UberX)

**Stylus** – 2006 (UberX)

**K4** – 2006 (UberX)

**Soul EV** – 2006 (UberX)

**Optima** – 2006 (UberX)

UBER00020173

Cars, Minivans and Other Vehicles - Uber | Drive in Your City - Uber

**Clarus** – 2006 (UberX)

**Stinger** – 2006 (UberX)

**K900** – 2006 (UberX)

**K3** – 2006 (UberX)

**Amanti** – 2006 (UberX)

**Rio 5-Door** – 2006 (UberX)

**Rio5** – 2006 (UberX)

**Rondo** – 2006 (UberX)

**Soul** – 2006 (UberX)

**Forte** – 2006 (UberX)

**Cadenza** – 2006 (UberX)

**Niro** – 2006 (UberX)

**Niro Plug-In Hybrid** – 2006 (UberX)

**Cee'd** – 2006 (UberX)

**Opirus** – 2006 (UberX)

**Spectra** – 2006 (UberX)

**Sportage** – 2006 (UberX)

**LCK**                                                                                              +

**LDV**                                                                                              +

UBER00020174

| Lada | + |
|------|---|
| Land Rover | + |
| Landwind | + |
| Lexus | + |
| Lifan | + |
| Lincoln | + |
| Maruti Suzuki | + |
| Maserati | + |
| Maybach | + |
| Mazda | + |
| Mercedes-Benz | + |
| Mercury | + |
| Mini | + |
| Mitsubishi | + |
| Naza | + |
| Nissan | + |
| Oldsmobile | + |
| Pontiac | + |

UBER00020175

| Porsche | + |
| --- | --- |
| Qoros | + |
| RAM | + |
| Ram Trucks | + |
| Rolls-Royce | + |
| Rover | + |
| Saab | + |
| Saipa | + |
| Saturn | + |
| Scion | + |
| Subaru | + |
| Suzuki | + |
| Tesla | + |
| Toyota | − |

**Tarago** – 2006 (UberXL, UberX)

**Picnic** – 2006 (UberXL, UberX)

**Fortuner** – 2006 (UberXL, UberX)

**Alphard** – 2006 (UberXL, UberX)

UBER00020176

Case 3:17-cv-02664-RS    Document 227-1    Filed 12/23/21    Page 34 of 120

**Innova** – 2006 (UberXL, UberX)

**Gaia** – 2006 (UberXL, UberX)

**Noah** – 2006 (UberXL, UberX)

**Sienta** – 2006 (UberXL, UberX)

**Sienna** – 2006 (UberXL, UberX)

**Sequoia** – 2006 (UberXL, UberX)

**Ventury** – 2006 (UberXL, UberX)

**Land Cruiser** – 2006 (UberXL, UberX)

**Highlander** – 2006 (UberX) / 2011 (UberXL)

**Corolla Cross Hybrid** – 2006 (UberX)

**Prado** – 2006 (UberX)

**Calya** – 2006 (UberX)

**Aurion** – 2006 (UberX)

**Rukus** – 2006 (UberX)

**Kluger** – 2006 (UberX)

**Ultima** – 2006 (UberX)

**Highlander Hybrid** – 2006 (UberX)

**Vios** – 2006 (UberX)

**Reiz** – 2006 (UberX)

**Mark II** – 2006 (UberX)

UBER00020177

**Corolla** – 2006 (UberX)

**Proace** – 2006 (UberX)

**WISH** – 2006 (UberX)

**Harrier** – 2006 (UberX)

**Premio** – 2006 (UberX)

**SW4** – 2006 (UberX)

**Corolla iM** – 2006 (UberX)

**Aristo** – 2006 (UberX)

**Etios** – 2006 (UberX)

**Allion** – 2006 (UberX)

**Caldina** – 2006 (UberX)

**Succeed** – 2006 (UberX)

**Belta** – 2006 (UberX)

**Avanza** – 2006 (UberX)

**Avalon Hybrid** – 2006 (UberX)

**Hilux** – 2006 (UberX)

**Wigo** – 2006 (UberX)

**Grandia** – 2006 (UberX)

**Raum** – 2006 (UberX)

**Silver Cloud** – 2006 (UberX)

**Comfort** – 2006 (UberX)

**Corolla Matrix** – 2006 (UberX)

**NAV1** – 2006 (UberX)

**Passo** – 2006 (UberX)

**Aqua** – 2006 (UberX)

**Ractis** – 2006 (UberX)

**Sai** – 2006 (UberX)

**Camry Hybrid** – 2006 (UberX)

**Hilux Surf** – 2006 (UberX)

**Corolla Hybrid** – 2006 (UberX)

**Corolla Sedan** – 2006 (UberX)

**4Runner** – 2006 (UberX)

**bB** – 2006 (UberX)

**Corolla Rumion** – 2006 (UberX)

**Prius Plug-in** – 2006 (UberX)

**Echo** – 2006 (UberX)

**Corolla Touring Sports Hybrid** – 2006 (UberX)

**C-HR** – 2006 (UberX)

**Yaris Sedan** – 2006 (UberX)

**RAV4** – 2006 (UberX)

UBER00020179

**Avalon** – 2006 (UberX)

**Tacoma** – 2006 (UberX)

**E'Z** – 2006 (UberX)

**Agya** – 2006 (UberX)

**Prius+** – 2006 (UberX)

**Crown Sedan** – 2006 (UberX)

**Altis** – 2006 (UberX)

**Corolla EX** – 2006 (UberX)

**Tundra** – 2006 (UberX)

**Corolla Fielder** – 2006 (UberX)

**Mark X** – 2006 (UberX)

**Corolla Spacio** – 2006 (UberX)

**Vanguard** – 2006 (UberX)

**Corolla Hybrid LE** – 2006 (UberX)

**Century** – 2006 (UberX)

**Yaris** – 2006 (UberX)

**Camry** – 2006 (UberX)

**Venza** – 2006 (UberX)

**Cami** – 2006 (UberX)

**Tercel** – 2006 (UberX)

UBER00020180

**Prius V** – 2006 (UberX)

**Prius C** – 2006 (UberX)

**Auris Hybrid** – 2006 (UberX)

**Matrix** – 2006 (UberX)

**Prius** – 2006 (UberX)

**Yaris iA** – 2006 (UberX)

**Aygo** – 2006 (UberX)

**Corolla Cross** – 2006 (UberX)

**Auris** – 2006 (UberX)

**Avensis** – 2006 (UberX)

**RAV4 Hybrid** – 2006 (UberX)

**Allex** – 2006 (UberX)

**Corolla Hatchback** – 2006 (UberX)

**Prius Alpha** – 2006 (UberX)

**Mirai** – 2021 (UberX)

**Prius Prime** – 2020 (UberX)

---

**Volkswagen**        +

---

**Volvo**        +

---

**Vortex**        +

---

UBER00020181

| ZAZ | + |
|-----|---|
| ZXAUTO | + |

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

Products

Ride

Drive

Deliver

UBER00020182

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

English

Washington D.C.




© 2021 Uber Technologies Inc.

Privacy                    Accessibility                    Terms

UBER00020183

UBER00020184

# EXHIBIT C

Uber                                                                      Sign up

**Driver Guide**  ›  Vehicle requirements



# Vehicle requirements
## New Orleans

Does your vehicle qualify to drive with Uber? Most four-door cars do, but requirements vary by vehicle option. And if you don't have a car, we can help you get one.

# Minimum requirements

- 15-year-old vehicle or newer
- 4-door vehicle
- Good condition with no cosmetic damage
- No commercial branding

## Registration

Uber accepts both official and temporary registration documents. The vehicle does not need to be registered in your name to qualify.

## Insurance

All drivers must maintain their own insurance policy in accordance with state and local laws. Your name must be on the insurance document and the VIN on the registration and insurance docs must match. In addition, Uber maintains automobile liability insurance on behalf of all U.S. drivers. Learn about vehicle insurance

# Eligible vehicles list

Find the vehicle makes and models that are eligible to drive with Uber in your city.

See the list of eligible vehicles

# Vehicle options in New Orleans

Sign up to drive



## Drive ⌄



### UberX

Most newer cars qualify to drive with UberX, the most popular vehicle option for riders.

**Additional requirements**

- 4-door vehicle with independently opening passenger doors
- Have 5 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, limousines, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems



### UberXL

Seat extra passengers—and earn higher fares—with your high-capacity vehicle.

Additional requirements

- 4-door vehicle with independently opening passenger doors
- Have 7 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, limousines, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems



## Uber Black

Offer luxury rides in the original Uber black car service.

### Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial insurance
- Additional document required

### Vehicle requirements

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black leather or vegan leather only
- Seat at least 4 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains

- Operational A/C



## Uber Black SUV

Make room for the whole crew with this high-end vehicle service. Only black SUVs qualify.

### Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial Insurance
- Additional document required

### Vehicle requirements

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black Leather or vegan leather only
- Seat at least 6 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains
- Operational A/C

## Comfort

Comfort was designed to maximize possibilities on the Uber platform.

### Additional requirements:

- Maintain eligibility on a different Uber option such as UberX, Select, UberXL, Uber Black, or Uber Black SUV

- Have a minimum star rating of 4.85 and have completed at least 100 trips
- Drive a vehicle with more legroom than smaller, compact cars eligible for UberX and that meet the minimum vehicle year requirement

# Local requirements

To ensure that you stay safe and compliant on the road, all drivers should be aware of local regulatory requirements.

Read more

# Uber vehicle decals

In order to operate at Louis Armstrong International Airport (MSY), all drivers must display an Uber decal on their vehicle while online. Place it on your **front passenger windshield facing**

outward. You can remove it when you decide to go offline and save it for the next time. Pro Tip: keep the paper it comes with to place your sticker on when not in use.

Once you become an Uber driver, we will mail you a decal. You should receive it within 7 business days. If you ever need a new decal after you become a driver, you can request a new one be mailed to you. You can also pick one up at your local Greenlight Hub.

Need a temporary decal? Print one at home here.

### Rent a vehicle
Need a car? Get one at an affordable rate. Check out options that are available exclusively to Uber drivers.

Get a car

### Uber delivery services
Find more ways to earn. Drivers 19 years of age and older may qualify for delivery services, like Uber Eats

and UberRUSH.

Deliver with Uber

# Start making money with Uber

Sign up now

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

English

Washington D.C.




© 2021 Uber Technologies Inc.

Case 3:17-cv-02664-RS   Document 287-1   Filed 12/23/21   Page 52 of 120

Privacy                    Accessibility                    Terms

# EXHIBIT D

Uber                                                                    Sign up

## Drive ⌄

Driver Guide    ›    Vehicle requirements



# Vehicle requirements
## Jackson, MS

Does your vehicle qualify to drive with Uber? Most four-door cars do, but
requirements vary by vehicle option.

# Minimum requirements

- 15-year-old vehicle or newer
- 4-door vehicle
- Good condition with no cosmetic damage
- No commercial branding

### Registration

Uber accepts both official and temporary registration documents. The vehicle does not need to be registered in your name to qualify.

### Insurance

All partners must maintain their own insurance policy in accordance with state and local laws. In addition, Uber maintains automobile liability insurance on behalf of all U.S. partners.

Learn about vehicle insurance

# Eligible vehicles list

Find the vehicle makes and models that are eligible to drive with Uber in your city.

See the list of eligible vehicles

# Vehicle options in Jackson, MS

Sign up to drive

### UberX

Most newer cars qualify to drive with UberX, the most popular vehicle option for riders.

**Additional requirements**

- 4-door vehicle with independently opening passenger doors

- Have 5 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

## UberXL

Seat extra passengers—and earn higher fares—with your high-capacity vehicle.

### Additional requirements

- 4-door vehicle with independently opening passenger doors
- Have 7 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

# Local requirements

To ensure that you stay safe and compliant on the road, all drivers should be aware of local regulatory requirements.

Read more

# Start making money with Uber

Sign up now

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

English

Washington D.C.

 

© 2021 Uber Technologies Inc.

Privacy                    Accessibility                    Terms

# EXHIBIT E

Uber                                                                                    Sign up

Drive  ⌄

**Driver Guide**  ›  Vehicle requirements

# Vehicle requirements
## Philadelphia

Does your vehicle qualify to drive with Uber? Most four-door cars do, but requirements vary by vehicle option. And if you don't have a car, we can help you get one.

UBER00020097

# Minimum requirements

- 15-year old vehicle or newer unless otherwise stated (Note: Some vehicle models have a higher minimum year requirement).For UberBlack and UberBlack SUV, vehicles must be 2013 or newer for now, but starting June 1, 2020, we'll enforce a 5-year rolling minimum vehicle year (2015 or newer by 2020).
- 4-door vehicle
- Good condition with no cosmetic damage
- No commercial branding
- Pass a vehicle inspection

### Registration

Uber accepts both official and temporary registration documents. The vehicle does not need to be registered in your name to qualify.

### State inspection

Your motor vehicle must meet all applicable inspection requirements and you must maintain a valid inspection certificate of approval for the vehicle on your car and a copy in your account.

### Insurance

All drivers must maintain their own insurance policy in accordance with state and local laws. In addition, Uber maintains automobile liability insurance on behalf of all U.S. drivers. Learn more about vehicle insurance

# Eligible vehicles list

Find the vehicle makes and models that are eligible to drive with Uber in your city.

See the list of eligible vehicles

# Philadelphia vehicle options

Sign up to drive

# UberX and UberPool

Most newer cars qualify to drive with uberX, the most popular vehicle option for riders.

**Additional requirements**

- 4-door vehicle with independently opening passenger doors
- Have 5 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

UBER00020099

# UberXL

Seat extra passengers—and earn higher fares—with your high-capacity vehicle.

**Additional requirements**

- 4-door vehicle with independently opening passenger doors
- Have 7 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

UBER00020100

# Comfort

Comfort was designed to maximize possibilities on the Uber platform.

**Additional requirements:**

- Maintain eligibility on a different Uber option such as UberX, Select, UberXL, Uber Black, or Uber Black SUV
- Have a minimum star rating of 4.85 and have completed at least 100 trips
- Drive a vehicle with more legroom than smaller, compact cars eligible for UberX and that meet the minimum vehicle year requirement

UBER00020101

# Uber Black

Offer luxury rides in the original Uber black car service.

## Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial insurance
- Additional document required

## Vehicle requirements

- 5-year-old vehicle or newer
- Exterior: black only
- Interior: black leather or vegan leather only
- Seat at least 4 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains
- Operational A/C

UBER00020102

# Uber Black SUV

Make room for the whole crew with this high-end vehicle service. Only black SUVs qualify.

## Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial Insurance
- Additional document required

## Vehicle requirements

- 5-year-old vehicle or newer
- Exterior: black only
- Interior: black Leather or vegan leather only
- Seat at least 6 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains
- Operational A/C

# Local requirements

To ensure that you stay safe and compliant on the road, all drivers should be aware of local regulatory requirements.

Read more

# Uber vehicle decals

Under local regulations for Philadelphia, all drivers must display an Uber decal on their vehicle while online. Place them on your **front passenger windshield and rear passenger windshield facing outward**. You can remove it when you decide to go offline and save it for the next time. Pro tip: keep the paper it comes with to place your sticker on when not in use.

Once you become an Uber driver, we will mail you a decal. You should receive it within 7 business days. If you ever need a new decal after you become a driver, you can request a new one be mailed to you.

Need a temporary decal? Print one at home here.

UBER00020104

## Uber delivery services

Find more ways to earn. Drivers 19 years of age and older
may qualify for delivery services, like Uber Eats
and UberRush.

Deliver with uber

# Start making money with Uber

Sign up now

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

UBER00020105

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

UBER00020106

English

Philadelphia

 

© 2021 Uber Technologies Inc.

Privacy                    Accessibility                    Terms

UBER00020107

# EXHIBIT F

Uber                                                        Sign up

## Drive ⌄

**Driver Guide**    ›    Vehicle requirements

# Vehicle requirements
## Chicago

Does your vehicle qualify to drive with Uber? Most four-door cars do, but requirements vary by vehicle option. And if you don't have a car, we can help you get one.

# Minimum requirements

- 15-year-old vehicle or newer
- 4-door vehicle
- Good condition with no cosmetic damage
- No commercial branding
- Pass a vehicle inspection

### Registration

Uber accepts both official and temporary registration documents. The vehicle does not need to be registered in your name to qualify.

### Insurance

All drivers must maintain their own insurance policy in accordance with state and local laws. In addition, Uber maintains automobile liability insurance on behalf of all U.S. drivers. Learn more about insurance

# Eligible vehicles list

Find the vehicle makes and models that are eligible to drive with Uber in your city.

See the list of eligible vehicles

# Vehicle options in Chicago

Sign up to drive

### UberX

Most newer cars qualify to drive with UberX, the most popular vehicle option for riders.

### Additional requirements

UBER00020071

- 4-door vehicle with independently opening passenger doors
- Have 5 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

## UberXL

Seat extra passengers—and earn higher fares—with your high-capacity vehicle.

**Additional requirements**

- 4-door vehicle with independently opening passenger doors
- Have 7 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

## Uber Black

Offer luxury rides in the original Uber black car service.

**Additional requirements**

- Keep a star rating of 4.85 or higher
- Commercial insurance
- Additional document required

**Vehicle requirements**

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black leather or vegan leather only
- Seat at least 4 passengers in addition to the driver
- No cosmetic damage or missing pieces

UBER00020072

- Working windows
- No visible stains
- Operational A/C

## Uber Black SUV

Make room for the whole crew with this high-end vehicle service. Only black SUVs qualify.

### Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial Insurance
- Additional document required

### Vehicle requirements

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black Leather or vegan leather only
- Seat at least 6 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains
- Operational A/C

## UberCab

For a vehicle to be eligible for UberCab in Chicago, it must be a registered taxicab with the Chicago BACP, be covered by commercial insurance, and feature a taxicab license plate ending in TX.

- All drivers must be at least 21 years old
- Drivers age 21 or 22 must have at least three years of valid licensing history in the United States
- Drivers age 23 and up must have at least one year of valid licensing history in the United States

## Comfort

Comfort was designed to maximize possibilities on the Uber platform.

### Additional requirements:

UBER00020073

- Maintain eligibility on a different Uber option such as UberX, Select, UberXL, Uber Black, or Uber Black SUV
- Have a minimum star rating of 4.85 based on at least 250 trips
- Drive a vehicle with more legroom than smaller, compact cars eligible for UberX and that meet the minimum vehicle year requirement

# Local requirements

To ensure that you stay safe and compliant on the road, all drivers should be aware of local regulatory requirements.

Read more

# Uber vehicle decals

Under local regulations for Chicago, Illinois, all drivers must display an Uber decal and vehicle emblem / TNP chauffeur license while online. Place the decal on your front passenger

UBER00020074

windshield facing outward and the TNP license beneath it on the dashboard. You may also display an electronic version of your TNP license on a mobile device.

When taking trips at ORD or MDW, local regulations require you to display the airport decal on the **rear passenger windshield facing outward**.

You can remove the decals when you decide to go offline and save them for the next time. Pro Tip: keep the paper they come with to place your sticker on when not in use.

Once you start driving on the Uber app, we will mail you a decal. You should receive it within 7 business days. If you ever need a new decal after you become a driver, you can request a new one be mailed to you. You can also pick one up at your local Greenlight Hub.

Need a temporary decal? Print one at home here.

UBER00020075

### Rent a vehicle

Need a car? Get one at an affordable rate. Check out options that are available exclusively to drivers on the Uber app.

Rent a vehicle

### Uber delivery services

Find more ways to earn. Drivers 18 years of age and older may qualify for delivery services, like Uber Eats and UberRUSH.

Delivery for uber

# Start making money with Uber

Sign up now

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

Company

UBER00020076

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

UBER00020077

English

Philadelphia

  

© 2021 Uber Technologies Inc.

Privacy                    Accessibility                    Terms

UBER00020078

# EXHIBIT G

Uber

Sign up

## Drive ⌄

Driver Guide  ›  Vehicle requirements

# Vehicle requirements
## Washington, DC

Does your vehicle qualify to drive with Uber? Most four-door cars do, but
requirements vary by vehicle option.

UBER00020141

# Minimum requirements

- Virginia vehicles must be 15 years or newer
- Maryland vehicles must be 12 years or newer
- DC vehicles must be 10 years or newer
- 4-door vehicle
- Good condition with no cosmetic damage
- No commercial branding
- Pass a vehicle inspection

## Registration

Uber accepts both official and temporary registration documents. The vehicle does not need to be registered in your name to qualify.

## Insurance

All drivers must maintain their own insurance policy in accordance with state and local laws. In addition, Uber maintains automobile liability insurance on behalf of all U.S. drivers.

# Eligible vehicles list

Find the vehicle makes and models that are eligible to drive with Uber in your city.

See the list of eligible vehicles

# Vehicle options in Washington, DC

Sign up to drive

## UberX

Most newer cars qualify to drive with UberX, the most popular vehicle option for riders.

## Additional requirements

UBER00020142

- 4-door vehicle with independently opening passenger doors
- Have 5 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No government cars or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems
- Meeting these requirements will also qualify your vehicle for UberPool. Learn more about UberPool <u>here</u>.

## UberXL
Seat extra passengers—and earn higher fares—with your high-capacity vehicle.

**Additional requirements**
- 4-door vehicle with independently opening passenger doors
- Have 7 factory-installed seats and seat belts
- Working windows and air conditioning
- No vans, box trucks, or similar vehicles
- No taxi cabs, government cars, or other marked vehicles
- No salvaged or rebuilt vehicles
- No aftermarket seating modifications, such as installed seats, seat belts, or BedRyder systems

## Uber Black SUV
Make room for the whole crew with this high-end vehicle service. Only black SUVs qualify.

**Additional requirements**

- Keep a star rating of 4.85 or higher
- Commercial Insurance
- Additional document required

**Vehicle requirements**

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black Leather or vegan leather only
- Seat at least 6 passengers in addition to the driver
- No cosmetic damage or missing pieces

UBER00020143

- Working windows
- No visible stains
- Operational A/C

## Uber Black

Offer luxury rides in the original Uber black car service.

### Additional requirements

- Keep a star rating of 4.85 or higher
- Commercial insurance
- Additional document required

### Vehicle requirements

- 6-year-old vehicle or newer
- Exterior: black only
- Interior: black leather or vegan leather only
- Seat at least 4 passengers in addition to the driver
- No cosmetic damage or missing pieces
- Working windows
- No visible stains
- Operational A/C

## Uber Eats

Deliver food from the areas top restaurants to doors across the DMV.

### Additional Requirements

- 2-door or 4-door vehicle
- No commercial branding
- Vehicle inspection not required

No car? No problem. You can also deliver Uber Eats by bike

## Comfort

Comfort was designed to maximize possibilities on the Uber platform.

### Additional requirements:

UBER00020144

Case 3:17-cv-02664-RS    Document 227-1    Filed 12/23/21    Page 87 of 120

- Maintain eligibility on a different Uber option such as UberX, Select, UberXL, Uber Black, or Uber Black SUV
- Have a minimum star rating of 4.85 and have completed at least 100 trips
- Drive a vehicle with more legroom than smaller, compact cars eligible for UberX and that meet the minimum vehicle year requirement

## Local requirements

To ensure that you stay safe and compliant on the road, all drivers should be aware of local regulatory requirements.

Read more

## Uber vehicle decals

UBER00020145

11/9/21, 12:12 PM    Vehicle Requirements | Uber Washington D.C.

Case 3:17-cv-02664-RS    Document 227-4    Filed 12/23/21    Page 88 of 120

Under local regulations for Washington, DC, all drivers must display an Uber decal on their vehicle while online. Place one on your **rear passenger side window facing outward**. You can remove it when you decide to go offline and save it for the next time. Pro tip: keep the paper it comes with to place your sticker on when not in use.

Once you become an Uber driver, we will mail you a decal. You should receive it within 7 business days. If you ever need a new decal after you become a driver, you can request a new one be mailed to you.

Need a temporary decal? Print one at home here.

## Uber delivery services

Find more ways to earn. Drivers 19 years of age and older may qualify for delivery services, like UberEATS and UberRUSH.

### Deliver with Uber

UBER00020146

Case 3:17-cv-02664-RS    Document 227-1    Filed 12/23/21    Page 89 of 120

# Start making money with Uber

Sign up now

Uber

Visit Help Center

Do not sell my info (California)

Google Data Policy

Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

AI

Gift cards

Products

Ride

Drive

Deliver

Eat

UBER00020147

Uber for Business

Uber Freight

## Global citizenship

Safety

Diversity and Inclusion

## Travel

Airports

Cities

English

Philadelphia

  

© 2021 Uber Technologies Inc.

Privacy                    Accessibility                    Terms

# EXHIBIT H

**BIZER & DEREUS**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

*Attorneys for Plaintiffs Scott Crawford
and Jarvis Jernigan*

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD, ET AL.<br><br>           Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC. and RAISER, LLC,<br><br>           Defendant | Case No.: 3:17-cv-02664-RS<br><br><br>**PLAINTIFFS SCOTT CRAWFORD'S RESPONSES TO RASIER, LLC'S FIRST SET OF REQUESTS FOR ADMISSION** |

Now comes Scott Crawford, who provides his responses/objections to defendant Rasier LLC's *First Set of Requests for Admission to Plaintiff Scott Crawford.*

**REQUEST No. 1:**

Admit that you never previously attempted to obtain a Driver Account.

**RESPONSE TO REQUEST No. 1:**

Plaintiff objects that the request seeks information not likely to lead to admissible, relevant evidence.

Without waiving that objection, Plaintiff responds as follows: Admitted.

**REQUEST No. 2**:

Admit that you do not currently intend to obtain a Driver Account.

**RESPONSE TO REQUEST No. 2:**

Plaintiff objects that the request seeks information not likely to lead to admissible, relevant evidence.

Without waiving that objection, Plaintiff responds as follows: Admitted. Even if he had a WAV, Plaintiff is currently forbidden from using a WAV on the UberX platform.

**REQUEST No. 3:**

Admit that you do not know any individuals who were told by Uber that they cannot seek and accept ride requests in a WAV using the Uber Drivers' App.

**RESPONSE TO REQUEST No. 3:**

See objections to Interrogatory No. 1. Without waiving that objection, Plaintiff answers as follows: Admitted.

**REQUEST No. 4:**

PLAINTIFFS SCOTT CRAWFORD'S RESPONSES TO RASIER, LLC'S FIRST SET OF REQUESTS FOR ADMISSION - 2

Admit that you do not personally know any individuals with a WAV in the United States that were told by Uber that they cannot participate in UberWAV.

**RESPONSE TO REQUEST No. 4:**

See objections to Interrogatory No. 1. Without waiving that objection, Plaintiff answers as follows: Admitted.

**REQUEST No. 5:**

Admit that a WAV vehicle that only received UberX trip requests would not provide the relief you are seeking in this case.

**RESPONSE TO REQUEST No. 5:**

Plaintiff is UNABLE TO ADMIT OR DENY. It is admitted that a WAV vehicle that only received UberX trip requests would not provide <u>all</u> the relief Plaintiff is seeking in this case; denied that a WAV vehicle that only received UberX trip requests would not provide <u>some</u> of the relief Plaintiff is seeking in this case. See Response to Interrogatory 7 for further explanation.

**REQUEST No. 6:**

Admit that having a small number of WAVs on the UberX platform would not provide the relief you are seeking in this case.

**RESPONSE TO REQUEST No. 6:**

Plaintiff is UNABLE TO ADMIT OR DENY. It is admitted that having a small number of WAVs on the UberX platform would not provide <u>all</u> the relief Plaintiff is seeking in this case; denied that having a small number of WAVs on the UberX platform would not provide <u>some</u> of the relief Plaintiff is seeking in this case. See Response to Interrogatory 7 for further explanation.

**REQUEST No. 7:**

PLAINTIFFS SCOTT CRAWFORD'S RESPONSES TO RASIER, LLC'S FIRST SET OF REQUESTS FOR ADMISSION - 3

Admit that having one or a small number of WAVs on the Uber platform would not provide you the relief you are seeking, unless when you created a trip request using the Uber Riders' App, your request was sent only to drivers driving a WAV.

**RESPONSE TO REQUEST No. 7:**

Plaintiff is UNABLE TO ADMIT OR DENY. It is admitted that having one or a small number of WAVs on the Uber platform would not provide <u>all</u> the relief Plaintiffs are seeking, unless when Plaintiff created a trip request using the Uber Riders' App, the request was sent only to drivers driving a WAV. Denied that it would not provide <u>some</u> of the relief Plaintiff is seeking in this case. See Response to Interrogatory 7 for further explanation.

Respectfully Submitted,

**Bizer & DeReus, LLC**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

By: */s/ William Most*
    William Most

DATED: November 11, 2021

PLAINTIFFS SCOTT CRAWFORD'S RESPONSES TO RASIER, LLC'S FIRST SET OF REQUESTS FOR ADMISSION - 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading has been delivered to all counsel of record on November 11, 2021, by emailing a copy to defense counsel at their last known email address of record.

By:<u>*/s/ William Most*</u>
William Most

# EXHIBIT I

**BIZER & DEREUS**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK AND<br><br>FRANCIS FALLS<br><br>       Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC. and RASIER,<br>LLC,<br><br>       Defendant | Case No.: 3:17-cv-06124-RS<br><br><br>**PLAINTIFFS STEPHAN NAMISNAK<br>AND FRANCIS FALLS'S RESPONSES<br>TO RASIER, LLC'S FIRST SET OF<br>REQUESTS FOR ADMISSION** |

Now comes Stephan Namisnak and Francis Falls, who provide their responses/objections to defendant Rasier LLC's *First Set of Requests for Admission to Plaintiffs Stephan Namisnak and Francis Falls.*

**REQUEST No. 1:**

Admit that you never previously attempted to obtain a Driver Account.

**RESPONSE TO REQUEST No. 1:**

Plaintiffs object that the request seeks information not likely to lead to admissible, relevant evidence.
Without waiving that objection, Plaintiffs responds as follows: Admitted.

**REQUEST No. 2**:

Admit that you do not currently intend to obtain a Driver Account.

**RESPONSE TO REQUEST No. 2:**

Plaintiffs object that the request seeks information not likely to lead to admissible, relevant evidence.

Without waiving that objection, Plaintiffs respond as follows: Admitted. Plaintiffs are currently forbidden from using a WAV on the UberX platform.

**REQUEST No. 3:**

Admit that you do not know any individuals who were told by Uber that they cannot seek and accept ride requests in a WAV using the Uber Drivers' App.

**RESPONSE TO REQUEST No. 3:**

See objections to Interrogatory No. 1. Without waiving that objection, Plaintiffs answer as follows: Admitted.

**REQUEST No. 4:**

Admit that you do not personally know any individuals with a WAV in the United States that were told by Uber that they cannot participate in UberWAV.

**RESPONSE TO REQUEST No. 4:**

See objections to Interrogatory No. 1. Without waiving that objection, Plaintiffs answer as follows: Admitted.

**REQUEST No. 5:**

Admit that a WAV vehicle that only received UberX trip requests would not provide the relief you are seeking in this case.

**RESPONSE TO REQUEST No. 5:**

Plaintiffs are UNABLE TO ADMIT OR DENY. It is admitted that a WAV vehicle that only received UberX trip requests would not provide all the relief Plaintiffs are seeking in this case; denied that a WAV vehicle that only received UberX trip requests would not provide some of the relief Plaintiffs are seeking in this case. See Response to Interrogatory 7 for further explanation.

**REQUEST No. 6:**

Admit that having a small number of WAVs on the UberX platform would not provide the relief you are seeking in this case.

**RESPONSE TO REQUEST No. 6:**

Plaintiffs are UNABLE TO ADMIT OR DENY. It is admitted that having a small number of WAVs on the UberX platform would not provide all the relief Plaintiffs are seeking in this case; denied that having a small number of WAVs on the UberX platform would not provide some of the relief Plaintiffs are seeking in this case. See Response to Interrogatory 7 for further explanation.

**REQUEST No. 7:**

Admit that having one or a small number of WAVs on the Uber platform would not provide you the relief you are seeking, unless when you created a trip request using the Uber Riders' App, your request was sent only to drivers driving a WAV.

**RESPONSE TO REQUEST No. 7:**

Plaintiffs are UNABLE TO ADMIT OR DENY. It is admitted that having one or a small number of WAVs on the Uber platform would not provide all the relief Plaintiffs are seeking, unless when Plaintiff created a trip request using the Uber Riders' App, the request was sent only to drivers driving a WAV. Denied that it would not provide some of the relief Plaintiffs are seeking in this case. See Response to Interrogatory 7 for further explanation.

Respectfully Submitted,

**Bizer & DeReus**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

By: */s/ William Most*
William Most

PLAINTIFFS STEPHAN NAMISNAK AND FRANCIS FALLS'S RESPONSES
TO RASIER, LLC'S FIRST SET OF REQUESTS FOR ADMISSION - 4

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on November 11, 2021, by emailing a copy to defense counsel at their last known email address of record.

By: */s/ William Most*
William Most

# EXHIBIT J

**BIZER & DEREUS**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

*Attorneys for Plaintiffs Scott Crawford
and Jarvis Jernigan*

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD, *ET AL.*, | Case No.: 3:17-cv-02664-RS |
| Plaintiff, | |
| vs. | **PLAINTIFF SCOTT CRAWFORD'S RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF INTERROGATORIES** |
| UBER TECHNOLOGIES, INC. and RAISER, LLC, | |
| Defendant | |

DocuSign Envelope ID: FCDEBD75-2F2B-43A6-8EDC-58B44D7D900E

**INTERROGATORY No. 1:**

Identify every individual you know who attempted to onboard a WAV onto the Uber platform in Jackson. For each individual you identified, state the date that individual attempted to onboard the vehicle.

**RESPONSE TO INTERROGATORY No. 1:**

Plaintiff objects on the grounds that the request seeks information already in Defendants' possession. Plaintiff objects that the request seeks information not likely to lead to admissible, relevant evidence. That is because in New Orleans and Jackson, for a vehicle to participate in UberX, Uber requires that the vehicle "must be a four-door vehicle, have five factory-installed seats, [and] air conditioning" and it explicitly prohibits "vans, box trucks, or similar vehicles, [and] aftermarket seating modifications."[1] Uber has conceded that "a vehicle doesn't meet these criteria, Uber will not allow it to participate in Uber's UberX product."[2] Uber has conceded that "if the vehicle is a van, it would not meet the requirements for UberX," and "can't drive UberX" in New Orleans or Jackson.[34] Accordingly, whether Plaintiffs personally know anyone who attempted to onboard a WAV onto the Uber platform is irrelevant to their 42 U.S.C. § 12184(b)(1) claim.

Without waiving that objection, Plaintiff answers as follows: None.

**INTERROGATORY No. 2**:

To the extent you have identified any individuals in your Answer to Interrogatory No. 1, identify the Uber employee(s) who told each such individual that he or she cannot onboard a WAV on to the Uber platform in Jackson.

**RESPONSE TO INTERROGATORY No. 2:**

---

[1] Rupp Dep. at 28:23-29:7.
[2] Rupp Dep. at 29:8-11.
[3] Rupp Dep. at 39:22-40:2, 49:12-22
[4]

See objections and response to Interrogatory No. 1.

**INTERROGATORY No. 3:**

Identify any individual with discoverable information that may support your allegation in Paragraph 107 of the Second Amended Complaint that "when a driver with a wheelchair-accessible vehicle in a city without UberWAV contacts Uber, they are told that they cannot participate in UberWAV."

**RESPONSE TO INTERROGATORY No. 3:**

Plaintiff objects on the grounds that the request seeks information already in Defendants' possession. Plaintiff objects that the request seeks information not likely to lead to admissible, relevant evidence. That is because in New Orleans and Jackson, for a vehicle to participate in UberX, Uber requires that the vehicle "must be a four-door vehicle, have five factory-installed seats, [and] air conditioning" and it explicitly prohibits "vans, box trucks, or similar vehicles, [and] aftermarket seating modifications."[5] Uber has conceded that "a vehicle doesn't meet these criteria. Uber will not allow it to participate in Uber's UberX product."[6] Uber has conceded that "if the vehicle is a van, it would not meet the requirements for UberX," and "can't drive UberX" in New Orleans or Jackson.[7] Because "screening out" may occur through deterrence, Plaintiffs' 42 U.S.C. § 12184(b)(1) may be satisfied whether or not persons are directly or verbally told they cannot participate.

---

[5] Rupp Dep. at 28:23-29:7.
[6] Rupp Dep. at 29:8-11.
[7] Rupp Dep. at 39:22-40:2, 49:12-22

Without waiving that objection, Plaintiff answers as follows: Robert Rupp and all current and former employees with knowledge of Uber's exclusionary criteria and the implementation thereof.

**INTERROGATORY No. 4:**

Identify any documents that you may use to support your allegation in Paragraph 107 of the Second Amended Complaint that "when a driver with a wheelchair-accessible vehicle in a city without UberWAV contacts Uber, they are told that they cannot participate in UberWAV."

**RESPONSE TO INTERROGATORY No. 4:**

Plaintiff answers as follows: Deposition of Robert Rupp, and exhibits thereto, including Plaintiffs' Summary Judgment Exhibits FF and GGG, as well as any page of Uber's current or former websites with exclusionary criteria.

**INTERROGATORY No. 5:**

Identify each and every individual and entity who owns or possesses a WAV in Jackson, and for each individual or entity, the number of WAVs it owns or possesses.

**RESPONSE TO INTERROGATORY No. 5:**

Plaintiff objects as this interrogatory is well beyond the scope of the amendment contained in the Second Amended Complaint and, therefore, is not permissible limited discovery contemplated by the Court. Plaintiff further objects on the grounds that the interrogatory seeks information not in Plaintiff's possession, that is equally available to Defendants or is already in Defendants' possession. Plaintiff objects that the interrogatory seeks information not likely to lead to admissible, relevant evidence. Plaintiff further objects because this interrogatory contains no meaningfully limitations (e.g., limiting it to Plaintiff's knowledge) and thus would require Plaintiff

to somehow identify each any every individual and entity who owns or possesses a WAV in Jackson. That is not reasonable, feasible, and is certainly not proportional to the needs of the case.

**INTERROGATORY No. 6:**

Identify each and every individual or entity that you believe wants to onboard a WAV onto the Uber Platform, but for vehicle eligibility requirements.

**RESPONSE TO INTERROGATORY No. 6:**

Plaintiff objects on the grounds that the request seeks information not in Plaintiff's possession, that is equally available to Defendants or is already in Defendants' possession. Plaintiff objects that the request seeks information not likely to lead to admissible, relevant evidence. Without waiving that objection, Plaintiff answers as follows: Plaintiff is not personally aware of any such person. However, the basis of Plaintiff's theory is that Defendant's discriminatory policy will have a natural and predictable discriminatory effect. It is Plaintiff's experience that if a restaurant has a step at the entrance and no ramp, he will be deterred from attempting to enter the restaurant. The same notion is applicable here.

**INTERROGATORY No. 7:**

If you contend that it would help you to have a WAV vehicle on the UberX platform, state all material facts that support your contention.

**RESPONSE TO INTERROGATORY No. 7:**

Plaintiff objects on the grounds that the request seeks information not in Plaintiff's possession, that is equally available to Defendants or is already in Defendants' possession.

Without waiving that objection, Plaintiff answers as follows: Defendants have represented that they "expect that attempting to support WAV marketplaces in Jackson, Mississippi and New

DocuSign Envelope ID: FCDEBD75-2F2B-43A6-8FDC-58B44D7D900F

Orleans, Louisiana—much smaller and less densely-populated cities without any meaningful existing supply of WAV Drivers—will be at least as, and probably far more, taxing financially and administratively than in the pilot cities, to the extent it would even be possible to partner with an at-scale third party commercial fleet operator who was available and willing to partner with Defendants." R. Doc. 195-8 at 10-11. Uber has represented that "marketplaces, like most marketplaces, are most successful when robust supply and demand find equilibrium." R. Doc. 195-8. Accordingly, having WAVs on Uber in Plaintiffs' home cities would make it easier and more successful for Uber to provide UberWAV in Plaintiffs' home cities. Even if Uber refused to provide UberWAV, each additional WAV on the UberX platform would increase the probability that if Plaintiff calls a UberWAV, a wheelchair accessible vehicle would be available. Additionally, Uber allowing WAVs to participate in UberX would allow WAV owners (including, potentially Plaintiff or his family) to derive revenue from their WAVs, thus incentivizing more drivers to purchase WAVs. The more WAVs that there are in Plaintiff's community generally, the better, as it is more likely Plaintiff will be able to obtain a WAV ride, whether through Uber, through borrowing and sharing, direct contract, or through another service.

**INTERROGATORY No. 8:**

To the extent any response to Uber's First Set of Requests for Admission is anything but an unqualified admission, explain the basis for your denial.

**RESPONSE TO INTERROGATORY No. 8:**

Explanations provided with the responses to Requests for Admissions.

Respectfully Submitted,

**Bizer & DeReus, LLC**
Andrew D. Bizer (LA # 30396)

PLAINTIFF SCOTT CRAWFORD'S RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF
INTERROGATORIES - 6

DocuSign Envelope ID: FCDEBD75-2F2B-43A6-8EDC-58B44D7D900E

Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

By: /s/ William Most

## **VERIFICATION**

Now comes Scott Crawford, under oath and penalty of perjury, who verifies his responses to Uber's discovery responses: were prepared with the assistance and advice of counsel upon whose advice I have relied; that the responses set forth therein, subject to inadvertent or undisclosed errors, are based on and therefore necessary limited by the records reasonably available, presently recollected, and thus far discovered in the course of the preparation of these responses; that consequently I reserve the right to make any chances in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; subject to the limitations set forth herein the said responses are true to the best of my knowledge, information, and belief.

Scott Crawford                    11/6/2021

PLAINTIFF SCOTT CRAWFORD'S RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF
INTERROGATORIES - 7

DocuSign Envelope ID: FCDEBD75-2F2B-43A6-8EDC-58B44D7D900E

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on

11/11/2021        , by emailing a copy to defense counsel at their last known email address of

record.

By:/s/ William Most

# EXHIBIT K

**BIZER & DEREUS**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK and FRANCIS FALLS<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**PLAINTIFFS STEPHAN NAMISNAK AND FRANCIS FALLS' RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF INTERROGATORIES**<br><br>Judge: Hon. Richard Seeborg |

DocuSign Envelope ID: 7AB64352-7153-442A-AB36-BD9357F973A8

**INTERROGATORY No. 1:**

Identify every individual you know who attempted to onboard a WAV onto the Uber platform in New Orleans.  For each individual you identified, state the date that individual attempted to onboard the vehicle.

**RESPONSE TO INTERROGATORY No. 1:**

Plaintiffs object on the grounds that the request seeks information already in Defendants' possession. Plaintiffs object that the request seeks information not likely to lead to admissible, relevant evidence. That is because in New Orleans and Jackson, for a vehicle to participate in UberX, Uber requires that the vehicle "must be a four-door vehicle, have five factory-installed seats, [and] air conditioning" and it explicitly prohibits "vans, box trucks, or similar vehicles, [and] aftermarket seating modifications."  Uber has conceded that "a vehicle doesn't meet these criteria, Uber will not allow it to participate in Uber's UberX product." Uber has conceded that "if the vehicle is a van, it would not meet the requirements for UberX," and "can't drive UberX" in New Orleans or Jackson. Accordingly, whether Plaintiffs personally know anyone who attempted to onboard a WAV onto the Uber platform is irrelevant to their 42 U.S.C. § 12184(b)(1) claim.

Without waiving that objection, Plaintiffs answer as follows: None.

**INTERROGATORY No. 2**:

To the extent you have identified any individuals in your Answer to Interrogatory No. 1, identify the Uber employee(s) who told each such individual that he or she cannot onboard a WAV on to the Uber platform in New Orleans.

**RESPONSE TO INTERROGATORY No. 2:**

See objections and response to Interrogatory No. 1.

**PLAINTIFFS STEPHAN NAMISNAK AND FRANCIS FALLS' RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF INTERROGATORIES** - 2

DocuSign Envelope ID: 7AB64352-7153-442A-AB36-BD9357F973A8

**INTERROGATORY No. 3:**

Identify any individual with discoverable information that may support your allegation in Paragraph 103 of the Third Amended Complaint that "when a driver with a wheelchair-accessible vehicle in a city without UberWAV contacts Uber, they are told that they cannot participate in UberWAV."

**RESPONSE TO INTERROGATORY No. 3:**

Plaintiffs object on the grounds that the request seeks information already in Defendants' possession. Plaintiffs object that the request seeks information not likely to lead to admissible, relevant evidence. That is because in New Orleans and Jackson, for a vehicle to participate in UberX, Uber requires that the vehicle "must be a four-door vehicle, have five factory-installed seats, [and] air conditioning" and it explicitly prohibits "vans, box trucks, or similar vehicles, [and] aftermarket seating modifications." Uber has conceded that "a vehicle doesn't meet these criteria, Uber will not allow it to participate in Uber's UberX product." Uber has conceded that "if the vehicle is a van, it would not meet the requirements for UberX," and "can't drive UberX" in New Orleans or Jackson. Because "screening out" may occur through deterrence, Plaintiffs' 42 U.S.C. § 12184(b)(1) may be satisfied whether or not persons are directly or verbally told they cannot participate.

Without waiving that objection, Plaintiffs answer as follows: Robert Rupp and all current and former employees with knowledge of Uber's exclusionary criteria and the implementation thereof.

**INTERROGATORY No. 4:**

Identify any documents that you may use to support your allegation in Paragraph 103 of the Third Amended Complaint that "when a driver with a wheelchair-accessible vehicle in a city without UberWAV contacts Uber, they are told that they cannot participate in UberWAV."

**RESPONSE TO INTERROGATORY No. 4:**

Plaintiffs answer as follows: Deposition of Robert Rupp, and exhibits thereto, including Plaintiffs' Summary Judgment Exhibits FF and GGG, as well as any page of Uber's current or former websites with exclusionary criteria.

**INTERROGATORY No. 5:**

Identify each and every individual and entity who owns or possesses a WAV in New Orleans, and for each individual or entity, the number of WAVs it owns or possesses.

**RESPONSE TO INTERROGATORY No. 5:**

Plaintiffs object as this interrogatory is well beyond the scope of the amendment contained in the Second Amended Complaint and, therefore, is not permissible limited discovery contemplated by the Court. Plaintiffs further object on the grounds that the interrogatory seeks information not in Plaintiffs' possession, that is equally available to Defendants or is already in Defendants' possession. Plaintiffs object that the interrogatory seeks information not likely to lead to admissible, relevant evidence. Plaintiffs further object because this interrogatory contains no meaningfully limitations (e.g., limiting it to Plaintiffs' knowledge) and thus would require Plaintiffs to somehow identify each any every individual and entity who owns or possesses a WAV in New Orleans. That is not reasonable, feasible, and is certainly not proportional to the needs of the case.

**INTERROGATORY No. 6:**

**PLAINTIFFS STEPHAN NAMISNAK AND FRANCIS FALLS' RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF INTERROGATORIES - 4**

Identify each and every individual or entity that you believe wants to onboard a WAV onto the Uber Platform, but for vehicle eligibility requirements.

**RESPONSE TO INTERROGATORY No. 6:**

Plaintiffs object on the grounds that the request seeks information not in Plaintiffs' possession, that is equally available to Defendants or is already in Defendants' possession. Plaintiffs object that the request seeks information not likely to lead to admissible, relevant evidence.

Without waiving that objection, Plaintiffs answer as follows: Plaintiffs are not personally aware of any such person. However, the basis of Plaintiffs' theory is that Defendants' discriminatory policy will have a natural and predictable discriminatory effect. It is Plaintiffs' experience that if a restaurant has a step at the entrance and no ramp, they will be deterred from attempting to enter the restaurant. The same notion is applicable here.

**INTERROGATORY No. 7:**

If you contend that it would help you to have a WAV vehicle on the UberX platform, state all material facts that support your contention.

**RESPONSE TO INTERROGATORY No. 7:**

Plaintiffs object on the grounds that the request seeks information not in Plaintiffs' possession, that is equally available to Defendants or is already in Defendants' possession.

Without waiving that objection, Plaintiffs answer as follows: Defendants have represented that they "expect that attempting to support WAV marketplaces in Jackson, Mississippi and New Orleans, Louisiana—much smaller and less densely-populated cities without any meaningful existing supply of WAV Drivers—will be at least as, and probably far more, taxing financially and administratively than in the pilot cities, to the extent it would even be possible to partner with an

at-scale third party commercial fleet operator who was available and willing to partner with Defendants." R. Doc. 195-8 at 10-11. Uber has represented that "marketplaces, like most marketplaces, are most successful when robust supply and demand find equilibrium." R. Doc. 195-8. Accordingly, having WAVs on Uber in Plaintiffs' home cities would make it easier and more successful for Uber to provide UberWAV in Plaintiffs' home cities. Even if Uber refused to provide UberWAV, each additional WAV on the UberX platform would increase the probability that if Plaintiff calls a UberWAV, a wheelchair accessible vehicle would be available. Additionally, Uber allowing WAVs to participate in UberX would allow WAV owners (including, potentially Plaintiffs or their families) to derive revenue from their WAVs, thus incentivizing more drivers to purchase WAVs. The more WAVs that there are in Plaintiffs' community generally, the better, as it is more likely Plaintiff will be able to obtain a WAV ride, whether through Uber, through borrowing and sharing, direct contract, or through another service.

**INTERROGATORY No. 8:**

To the extent any response to Uber's First Set of Requests for Admission is anything but an unqualified admission, explain the basis for your denial.

**RESPONSE TO INTERROGATORY No. 8:**

Explanations provided with the responses to Requests for Admissions.

Respectfully Submitted,

**Bizer & DeReus**
Andrew D. Bizer (LA # 30396)
Admitted *pro hac vice*
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
Admitted *Pro Hac Vice*
gdereus@bizerlaw.com
3319 St. Claude Ave.

DocuSign Envelope ID: 7AB64352-7153-442A-AB36-BD9357F973A8

New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

AQUA TERRA AERIS LAW GROUP
William Brock Most
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

By: /s/   William Most

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on 11/11/2021, by emailing a copy to defense counsel at their last known email address of record.

By:

## VERIFICATION

Now comes Stephan Namisnak, under oath and penalty of perjury, who verifies his responses to Uber's discovery responses: were prepared with the assistance and advice of counsel upon whose advice I have relied; that the responses set forth therein, subject to inadvertent or undisclosed errors, are based on and therefore necessary limited by the records reasonably available, presently recollected, and thus far discovered in the course of the preparation of these responses; that consequently I reserve the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; subject to the limitations set forth herein the said responses are true to the best of my knowledge, information, and belief.

DocuSigned by:

Stephan Namisnak                    11/6/2021

PLAINTIFFS STEPHAN NAMISNAK AND FRANCIS FALLS' RESPONSES TO DEFENDANT RASIER, LLC'S FIRST SET OF INTERROGATORIES - 7

## **VERIFICATION**

Now comes Francis Falls, under oath and penalty of perjury, who verifies his responses to Uber's discovery responses: were prepared with the assistance and advice of counsel upon whose advice I have relied; that the responses set forth therein, subject to inadvertent or undisclosed errors, are based on and therefore necessary limited by the records reasonably available, presently recollected, and thus far discovered in the course of the preparation of these responses; that consequently I reserve the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; subject to the limitations set forth herein the said responses are true to the best of my knowledge, information, and belief.

_____
Francis Falls