UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-02664-RS<br><br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |
| STEPHAN NAMISNAK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-06124-RS |

Defendants filed a motion for partial summary judgment, concerning a claim Plaintiffs added to their Complaints following the Court's prior summary judgment order. Namisnak Dkt. 187; Crawford Dkt. 227. To ensure this matter is addressed prior to the January 18, 2022 trial, the motion to expedite the briefing and hearing schedule is granted, Namisnak Dkt. 188; Crawford Dkt. 228, and the schedule is modified as follows. Plaintiffs shall file a response to the motion for partial summary judgment by December 30, 2021. Defendants shall file a reply by January 3, 2022. Oral argument, if needed, will be held during the January 5, 2022 pretrial conference. At

this time, Defendants' request to continue the trial is denied.

**IT IS SO ORDERED**.

Dated: December 23, 2021

_____
RICHARD SEEBORG
Chief United States District Judge