MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
305.415.3000
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
202.739-3000
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000
ethel.johnson@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER, LLC, <br><br> Defendants. | Case No. 3:17-cv-02664-RS <br><br> **DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS** |
| STEPHAN NAMISNAK and FRANCIS FALLS, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER, LLC, <br><br> Defendants. | Case No. 3:17-cv-06124-RS <br><br> **DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS** |

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS

Pursuant to the Court's Standing Order for Bench Trials, Defendants Uber Technologies, Inc. and Rasier, LLC, hereby designate the following excerpts of deposition testimony or other discovery to be offered at trial, other than solely for impeachment or rebuttal. Excerpts of the designated deposition transcripts and discovery responses are attached as **Exhibits A–K** to this disclosure.

I. **DEPOSITION DESIGNATIONS**

Pursuant to Rule 32(a)(3), Defendants designate testimony from the following depositions of the Plaintiffs:

- Deposition of Scott Crawford (December 11, 2020) **(Exhibit A)**
- Deposition of Stephan Namisnak (December 10, 2020) **(Exhibit B)**
- Deposition of Stephan Namisnak (December 18, 2020) **(Exhibit C)**
- Deposition of Francis Falls (January 5, 2021) **(Exhibit D**)

A. **Deposition of Scott Crawford (December 11, 2020)** (Exhibit A)

| Start Page/Line | End Page/Line |
|---|---|
| 6:21 | 7:2 |
| 7:9 | 7:11 |
| 8:19 | 8:22 |
| 11:14 | 12:5 |
| 12:22 | 13:12 |
| 14:13 | 15:10 |
| 15:23 | 16:11 |
| 19:22 | 21:6 |
| 23:9 | 23:19 |
| 23:25 | 24:23 |
| 25:6 | 25:23 |
| 26:2 | 30:14 |

| | |
|---|---|
| 31:6 | 31:19 |
| 31:22 | 32:15 |
| 33:10 | 33:16 |
| 33:24 | 35:5 |
| 36:3 | 36:6 |
| 36:14 | 36:20 |
| 37:7 | 38:1 |
| 38:10 | 38:20 |
| 39:4 | 39:10 |
| 43:7 | 43:16 |
| 44:2 | 45:5 |
| 45:7 | 45:12 |
| 45:25 | 46:9 |
| 53:21 | 54:4 |
| 54:6 | 54:13 |
| 55:6 | 55:7 |
| 55:9 | 55:21 |
| 56:21 | 57:15 |
| 59:7 | 59:11 |
| 62:2 | 62:19 |
| 67:22 | 68:21 |
| 71:10 | 71:14 |
| 71:18 | 71:18 |
| 71:20 | 71:24 |
| 72:8 | 72:13 |
| 72:17 | 72:24 |

B.  **Deposition of Stephan Namisnak (December 10, 2021) (Exhibit B)**

| Start Page/Line | End Page/Line |
|---|---|
| 7:1 | 7:3 |
| 9:16 | 9:19 |
| 12:4 | 14:5 |

C.  **Deposition of Stephan Namisnak (December 18, 2021) (Exhibit C)**

| Start Page/Line | End Page/Line |
|---|---|
| 6:5 | 6:7 |
| 9:1 | 10:3 |
| 12:17 | 13:2 |
| 17:9 | 17:15 |
| 18:8 | 18:17 |
| 19:5 | 19:8 |
| 22:2 | 23:15 |
| 26:4 | 26:21 |
| 32:18 | 33:1 |
| 38:4 | 38:15 |
| 42:10 | 43:19 |
| 44:4 | 44:7 |
| 44:19 | 44:24 |
| 45:19 | 45:20 |
| 45:24 | 45:25 |
| 46:14 | 46:17 |
| 46:21 | 49:13 |
| 49:16 | 49:20 |
| 50:6 | 50:12 |

| Start Page/Line | End Page/Line |
|---|---|
| 52:7 | 53:6 |
| 53:10 | 53:22 |
| 53:24 | 54:3 |
| 55:20 | 55:21 |
| 55:25 | 56:6 |
| 56:8 | 57:18 |
| 57:22 | 57:23 |
| 57:25 | 58:3 |

D. **Deposition of Francis Falls (January 5, 2021) (Exhibit D)**

| Start Page/Line | End Page/Line |
|---|---|
| 4:13 | 4:15 |
| 7:15 | 7:17 |
| 10:4 | 10:8 |
| 21:2 | 21:6 |
| 24:2 | 24:5 |
| 26:15 | 26:19 |
| 27:11 | 27:14 |
| 35:11 | 35:13 |
| 37:1 | 37:14 |
| 38:2 | 38:4 |
| 38:16 | 39:5 |
| 45:18 | 45:25 |
| 48:8 | 48:10 |
| 48:14 | 48:14 |
| 48:21 | 48:25 |
| 50:4 | 50:8 |

| | |
|---|---|
| 51:3 | 51:13 |
| 56:20 | 57:4 |
| 57:13 | 58:5 |
| 59:7 | 59:15 |
| 62:6 | 62:9 |
| 68:6 | 68:11 |
| 68:14 | 68:23 |
| 69:6 | 69:8 |

## II. DEFENDANTS' DESIGNATION OF DISCOVERY RESPONSES

Defendants designate the following discovery responses:

- Plaintiff Scott Crawford's Answer to Uber Technologies, Inc.'s Interrogatory No. 2 (**Exhibit E**)

- Plaintiff Scott Crawford's Answer to Rasier, LLC's Interrogatories Nos. 1 and 6–8 (**Exhibit F**)

- Plaintiff Scott Crawford's Responses to Defendants' Requests for Admission (all) (**Exhibit G**)[1]

- Plaintiff Stephan Namisnak's Answers to Uber Technologies, Inc.'s Interrogatories Nos. 2 and 9 (**Exhibit H**)

- Plaintiff Francis Falls's Answers to Uber Technologies, Inc.'s Interrogatories Nos. 1, 2, and 9 (**Exhibit I**)

- Plaintiffs Stephan Namisnak and Francis Falls's Answers to Rasier, LLC's Interrogatories Nos. 1 and 6–8 (**Exhibit J**)

- Plaintiffs Stephan Namisnak and Francis Falls's Responses to Defendants' First Set of Requests for Admission (all) (**Exhibit K**)

---

[1] In the caption to these responses, Plaintiff Scott Crawford asserted he was responding to "Rasier's Requests for Admissions," but the Requests for Admission were served by both Defendants. Plaintiffs Stephan Namisnak and Francis Falls included the same misnomer in their RFA responses (Exhibit K). Regardless, any admission is "conclusively established" for the "proceeding," regardless of which party served the request. Fed. R. Civ. P. 36(b).

| | |
|---|---|
| | MORGAN, LEWIS & BOCKIUS LLP |
| Dated: January 14, 2022 | By: s/ Anne Marie Estevez |
| | Anne Marie Estevez<br>Ethel J. Johnson<br>Stephanie Schuster<br>Patrick A. Harvey<br>Kathy H. Gao |
| | *Attorneys for Defendants* |