# EXHIBIT D

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3               CASE NO.:  3:17-cv-06124-RS
4

STEPHAN NAMISNAK, et al.,

5

            Plaintiffs,

6

vs.

7

UBER TECHNOLOGIES, INC.
8    and RASIER, LLC,
9               Defendants.
    _____
10

11

                    Tuesday, January 5, 2021
12                  Videoconference
                    2:04 p.m. EST - 3:43 p.m. EST
13

14

15    VIDEOCONFERENCE DEPOSITION OF FRANCIS FALLS

16

17

18        Taken via videoconference before Carol Ann
19   Kridos, Shorthand Reporter and Notary Public in
20   and for the State of Florida at Large, pursuant to
21   Notice of Taking Deposition filed in the above
22   cause.

23

24

25

Page 4

1                 P R O C E E D I N G S

2    Thereupon:

3                     FRANCIS FALLS

4        was called as a witness, and having been

5    first duly sworn and responding "Yes," was

6    examined and testified as follows:

7                    DIRECT EXAMINATION

8    BY MR. HARVEY:

9        Q    Mr. Falls, as I indicated earlier, I am

10   Patrick Harvey of the law firm Morgan, Lewis &

11   Bockius and I represent the defendants Uber

12   Technologies, Incorporated and Rasier, LLC.

13            Can you please state your name for the

14   record.

15       A    Francis Falls.

16       Q    Have you been deposed before?

17       A    Yes.

18       Q    When was that?

19       A    I think it was -- it was a couple of

20   years ago.

21       Q    Do you remember what case it was for?

22       A    It was for the streetcar case and bus

23   stop case.

24       Q    You said the "bus stop case."  What was

25   the bus stop case about?

1        Q     Okay.  I really want to emphasize this.

2    This is not supposed to be an endurance test.  If

3    at any time you need a break, please just let me

4    know.  Okay?

5        A     All right.

6        Q     The only exception I will ask for that,

7    if I do have a question pending, I'll ask that you

8    answer the question before taking the break.  Does

9    that sound fair?

10       A     Yes.

11       Q     All right.  And finally and most

12   importantly, you understand that you are under

13   oath today?

14       A     Yes.

15       Q     Is there any reason you will not be able

16   to testify truthfully today?

17       A     No.

18       Q     Okay.  Did you do anything to prepare

19   for this deposition?

20       A     Repeat yourself.

21       Q     Did you do anything to prepare for the

22   deposition today?

23       A     Yes.

24       Q     And what did you do to prepare?

25       A     I just, you know, talked a few things

Page 10

```
 1   life.
 2         Q     Does anyone currently live with you?
 3         A     No.
 4         Q     Are you currently employed?
 5         A     No.
 6         Q     Does anyone contribute to paying for
 7   your living expenses?
 8         A     No.
 9         Q     Mr. Falls, you have a condition that
10   impairs your ability to walk; is that correct?
11         A     Yes.
12         Q     And what is that condition?
13         A     I was shot in the head, throwed off a
14   bridge and hit by a train December 13, 2004.
15         Q     You said that happened in 2004?
16         A     Yes.
17         Q     That's awful.  I'm sorry to hear that.
18               Do you require a wheelchair for
19   mobility?
20         A     Yes.
21         Q     And you use a motorized wheelchair; is
22   that correct?
23         A     Yes.
24         Q     Do you use a motorized wheelchair all
25   the time?
```

Page 21

1    know, and that's very seldom.

2         Q    I take it you are unable to drive?

3         A    Oh, no, I can't.  I can't drive.  I was

4    totally left-handed and I lost my left hand.

5         Q    Do you own a vehicle?

6         A    No.

7         Q    Do you live near any family members?

8         A    No.

9         Q    Do you know anyone who has a

10   wheelchair-accessible vehicle?

11        A    Yes.

12        Q    And who is that?

13        A    That's one of my friends that play

14   basketball, wheelchair basketball.  He has a

15   vehicle.  He has a --

16        Q    Do you ever ask him to give you rides in

17   that wheelchair-accessible vehicle?

18        A    I can't sit in it.  It's a truck.  And

19   it got the lift that --

20        Q    All right.

21        A    Yeah, it got the lift that pick his

22   wheelchair up and swing it to the back of his

23   truck.  I can't -- I can't get in that.

24        Q    And why is it that you can't -- can you

25   explain why you can't get in that vehicle?

Page 24

1    raise you up and you roll straight on.

2         Q    How many times have you been in a

3    wheelchair-accessible vehicle?

4         A    The only wheelchair-accessible vehicle I

5    been in was the bus.   The bus, yes.

6         Q    All right.  Do you know if any vehicle

7    can be converted into a wheelchair-accessible

8    vehicle?

9         A    The only thing I know is a van with what

10   type of wheelchair I have.

11        Q    Do you know how much it costs to convert

12   a vehicle into a WAV?

13        A    No, I never -- no, I don't know nothing

14   about that.

15        Q    Do you know how much it costs to

16   purchase a vehicle that has already been converted

17   to a WAV?

18        A    No.

19        Q    Mr. Falls, in a typical week before the

20   pandemic, before your surgery, how often would you

21   travel kind of in and around New Orleans?

22        A    Oh, I travel every day.  I move around

23   all over the city.

24        Q    All right.  And where to?

25        A    The French Quarter, the east, shopping

1   there's a lot of, you know, crime and stuff, you

2   know.  So I gotta really be mindful of where I go,

3   you know.

4        Q    I'm having a little trouble hearing you.

5   You said you have to be mindful of where you go.

6   Why is that?

7        A    Because I'm disabled in a mobile

8   wheelchair and I don't want to get mugged again.

9        Q    You say "again."  You were previously

10  mugged?

11       A    Yes.  That's how I got paralyzed, I got

12  robbed, yes.

13       Q    All right.  So if it's not somewhere you

14  can -- let me ask.

15            It seems to me, at least based on your

16  testimony and your private responses, that you

17  mostly use the RTA buses to get around New

18  Orleans.  Is that right?

19       A    It depends, but mostly, yes.

20       Q    What other modes of transportation do

21  you use?

22       A    Well, I used the transit thing one time

23  and that was -- and I only got on that because the

24  bus broke down and I had to go to my doctor's

25  appointment.  So the supervisor called -- they

1  called in for them to bring us to our hospital

2  appointment, me and another guy in a wheelchair.

3      Q    And why is it you've only used it one

4  time?

5      A    Because it's, like, you gotta call them

6  two days before to make an appointment.  Two days,

7  you know, before your appointment you gotta call

8  them, and it's like a waste of time, you know.

9      Q    So you don't believe it's reliable?

10     A    I don't what?

11     Q    You don't believe that paratransit

12  service is reliable?

13     A    It's reliable for certain people, but

14  not for me.

15     Q    What is it that makes it unreliable in

16  your mind?

17     A    Because they have to pick me up and you

18  gotta -- you know, they have to pick me up and

19  then sometime they be late.  You know, they be

20  late and they take their time, you know, whereas

21  if I was in -- if I was on the bus or if I push, I

22  be there, you know what I'm saying, before, you

23  know.  I been and went to my apartment and these

24  people just pulling up and I be on my way going

25  home and I be like, "wow," you know.  It's a lot,

1      A     No.  She has a regular vehicle.

2      Q     Okay.  And she would assist you

3  transferring into that vehicle?

4      A     Yes; transfer for me, break the chair

5  down, put it in her trunk, yes.

6      Q     Okay.  And what kind of car does she

7  drive?

8      A     She got the Nissan Rogue.  I've been in

9  so many cars since I been paralyzed, so, you know,

10  they know how to deal with me, you know.

11     Q     To your knowledge, are there any WAV

12  transportation providers in New Orleans?

13     A     I don't know.

14     Q     Do you ever take the New Orleans

15  streetcar?

16     A     Yes.

17     Q     About how often?

18     A     Well, I catch the streetcar when I go to

19  my primary care doctor in Metairie because the

20  Canal Street streetcar go all the way down to the

21  L line bus stop where I catch the L line bus.

22     Q     Any other reason you take the streetcar?

23     A     Well, it depends.  If I'm going a

24  certain place, I know it's wheelchair-accessible

25  so I get on that so I ain't gotta really, you

1    Q     Do you consider the buses in New Orleans

2    to be reliable?

3    A     Well, I don't know.   It depends.   It

4    depends on where you're going, you know.   Now

5    they're reliable, you know, but you gotta wait so

6    long, you know what I'm saying, and the bus be so

7    crowded, you know.   It's different, you know.

8    Q     You kind of mentioned two things.   Is it

9    unreliable because it's crowded or is it

10   unreliable because it doesn't come on time?

11   A     Because it don't come on time, you know.

12   And I be trying to get to where I need to be and

13   try to get back home, you know, before it get dark

14   or whatever, you know.   And sometimes --

15   Q     So overall you would -- about how often

16   do you think the bus is late, in your experience?

17   A     In New Orleans?   Wow.   It be a while.   A

18   lot of people that working be complaining because

19   they lost their job because they late and

20   everything.   So it's, you know, it's a catch-22

21   with the bus.   One minute it's on time and one

22   minute you might be waiting an hour and a half and

23   you better walk to your job or roll, you know what

24   I'm saying.   You be like, "Wow, I can't lose my

25   job," you know what I'm saying.   So I understand

Page 38

1    both sides.

2         Q    You think it's late more than half the

3    time?

4         A    Yes.

5         Q    How about streetcars?  Are they more

6    reliable than the bus?

7         A    Yeah.  But they don't go nowhere.  It

8    just go down one strip, down Canal Street, turn

9    around and come back down, that's it.  There ain't

10   no getting off and then going nowhere you need to

11   go, you know.  That's only for the tourists, you

12   know.  That's all that's for, the tourists.

13        Q    Have you ever ridden in a taxi in

14   New Orleans?

15        A    Huh?

16        Q    Have you ever ridden in a taxi in

17   New Orleans?

18        A    No.

19        Q    To your knowledge, are there any WAV

20   taxis in New Orleans?

21        A    I don't know.

22        Q    Have you ever investigated whether there

23   are any WAV taxis in New Orleans?

24        A    No.

25        Q    You never Googled "WAV and taxi," for

1    instance?

2         A    No.

3         Q    Have you ever seen a WAV taxi in New

4    Orleans?

5         A    No.

6         Q    Have you traveled outside of Louisiana

7    since 2017?

8         A    No.  I can't -- I couldn't travel if I

9    wanted to because of my wounds, you know, so.  I

10   couldn't be in a chair that long, you know, to try

11   to go somewhere and travel.

12        Q    Before your hospitalization in the

13   beginning of early 2020, were you hospitalized --

14   I'll just scratch that whole thing.

15             Were you hospitalized at all in 2019?

16        A    Yeah, I was hospitalized in 2019, too,

17   for my left foot, yes.

18        Q    For approximately how long?

19        A    Six to eight weeks.  Because I was a

20   chronic osteomyelitis patient.  I had an infection

21   in the bone in the heel of my foot.  They was

22   gonna have to take it, but they saved it, yes.

23        Q    Glad to hear that.

24             What about in 2018?  Were you

25   hospitalized in 2018?

Page 45

1    A    No.

2    Q    Why not?

3    A    I just never had the desire for it.  I

4    really wouldn't have downloaded Pizza Hut if I

5    wouldn't have been in the hospital or none of

6    them, you know.

7    Q    Okay.  Have you used any of the pizza

8    apps since you've been released from the hospital?

9    A    No.  No.  My ice box full.  I ain't

10   gotta worry about all that fast-food no more.  I

11   got all my healthy stuff that the doctor want me

12   to eat, you know.

13   Q    Have you ever downloaded the Uber rider

14   app?

15   A    No.

16   Q    Have you ever created an Uber account?

17   A    No.

18   Q    Do you know that the Uber app is free to

19   download?

20   A    No.  I never even looked at -- I mean, I

21   never -- you know, I never even got into it, you

22   know.

23   Q    Okay.  You never looked to investigate

24   how much the Uber app costs?

25   A    No.

Page 48

1          MR. HARVEY:  All right.  See you in a
2     little bit.
3          MR. BIZER:  Thank you.
4          (A recess was taken at 2:56 p.m. after
5     which the following proceedings were had at
6     3:07 p.m.:)
7  BY MR. HARVEY:
8     Q     Mr. Falls, I believe you testified
9  earlier that you are unaware of any other
10 providers of WAV transportation; is that right?
11    A     (Inaudible.)
12    Q     I'm sorry, I had trouble hearing that.
13 Can you say it one more time?
14    A     Yes, sir.
15    Q     Give me one second.
16         MR. HARVEY:  Court Reporter, can you
17    read his response back.
18         (The answer referred to was read by the
19    Court Reporter as above recorded.)
20 BY MR. HARVEY:
21    Q     And did you do any research to look into
22 any other WAV transportation providers?
23    A     No.
24    Q     You didn't try Googling them at all?
25    A     No, sir.

1     A     Yes.  If they get it, yes, I'm gonna

2  call them every day.  I got something to do every

3  day.  I'm tired of being inside.

4     Q     I mean, if today WAV rides were

5  available on the Uber app, would you be able to

6  make a request today?

7     A     No, not right now because I can't get in

8  my wheelchair.

9     Q     For what trips would you use the Uber

10 app to request rides?

11     A     For basically everything.  I wouldn't

12 have to go through the hassle.

13     Q     Do you know how much -- scratch that.

14     Do you think you would use the Uber app

15 to go to the grocery store?

16     A     Yes.

17     Q     Any other of your regular trips do you

18 think you would use it for?

19     A     Yes.

20     Q     Which ones?

21     A     Basically probably all of them because I

22 won't have to wait, you know, long, long and I be

23 able to be more independent and take care of my

24 own self, you know.

25     Q     Okay.  Do you know if Lyft has a WAV

Page 51

1    option in New Orleans?

2         A    No.

3         Q    Do you know what Lyft is?

4         A    I heard of it, but I'm not too fond

5    about it.  You know, I never looked into it.

6         Q    What is your understanding of what Lyft

7    does?

8         A    My understanding is I think it's a

9    transportation service, but I never even -- you

10   know, I never paid it no mind.

11        Q    You ever look into whether Lyft has a

12   WAV option?

13        A    No, sir.

14        Q    If Lyft does not have a WAV option, do

15   you think they're engaging in discrimination?

16             MR. BIZER:  Object to the form of the

17        question.

18             You may answer.

19             THE WITNESS:  Yes.

20   BY MR. HARVEY:

21        Q    Is that a "yes"?  I'm sorry.

22        A    That was a "yes."

23        Q    You haven't sued Lyft; right?

24        A    What you say?  Repeat yourself.  I

25   couldn't hear you.

Page 56

1    Q   Do you remember reviewing this in June

2  or July of 2020?

3    A   Yes.

4    Q   I believe this interrogatory asked you

5  to "Identify the specific actions that you want

6  the Court to restrain defendants from performing

7  and/or to require defendants to perform as a

8  result of this action."

9        Did I read Interrogatory Number 2 right?

10   A   Yes.

11   Q   All right.  And then there's some

12 objections.  And then on page 3 it looks like you

13 said, "From a layperson perspective, Mr. Falls

14 demands that Uber be ordered to take meaningful

15 efforts to ensure that between approximately 30

16 and 60 drivers with wheelchair-accessible vehicles

17 are participating in Uber's transportation service

18 in New Orleans"; is that right?

19   A   Yes.

20   Q   Can you kind of explain to me what you

21 mean by "meaningful efforts to ensure that between

22 approximately 30 and 60 drivers with

23 wheelchair-accessible vehicles are participating

24 in Uber's transportation service in New Orleans"?

25   A   Well, if they have enough

Page 57

1  transportation, I mean, I would be able to get
2  where I need to go and everybody else that's in a
3  wheelchair or disabled could get where they need
4  to go.
5       Q   I had a little trouble hearing that.  I
6  don't know if the court reporter caught it, but
7  I'll ask some follow-up.
8       A   I said that if they was to have that
9  many, at least I know I would be able to get to
10  where I need to go and other people with
11  disabilities would be able to get where they need
12  to go, you know.
13      Q   Okay.  You provided a specific number of
14  drivers.  Does that mean you think Uber needs to
15  have at least 30 drivers with WAV available on the
16  Uber app at all times?
17      A   No, I can't answer.  I don't know
18  nothing -- I mean, I don't know nothing about
19  however they do it, leasing it or whatever they
20  gonna do.  As long as they could, you know,
21  provide services for me to, you know, be
22  independent, it's okay.
23      Q   Okay.  Does that mean you're not
24  particularly concerned about the number of
25  drivers, you're concerned about how reliable the

1   service is; is that right?

2       A     Yes.

3       Q     And how would you know if the service is

4   reliable or not that you'd be able to use?

5       A     Well, I wouldn't know yet.

6       Q     And why is that?

7       A     Because ain't nothing going on right now

8   in New Orleans, you know, as far as the WAV, you

9   know.  One of my friends say ain't nothing going

10  on.  But I would love for that to be, you know.

11  Whenever you-all do get it together I would love

12  to be a part of that, where I could move around

13  like I want.

14      Q     You mentioned your friend said something

15  about WAVs right now.  What in particular was he

16  speaking about?

17      A     He was just speaking if they had it we'd

18  be able to, you know, get around like we want to,

19  you know.

20      Q     All right.  And what level of service

21  would have to be available on the Uber app for you

22  to be able to use it?

23          MR. BIZER:  Object to the form of the

24      question.

25          You may answer.

Page 59

```
 1          THE WITNESS:  Anything that's accessible
 2      for me to be able to get in my mobile chair,
 3      you know.
 4  BY MR. HARVEY:
 5      Q     I'm sorry to kind of speak about this in
 6  kind of hypotheticals.
 7          If the Uber app had a WAV option but you
 8  couldn't actually request any WAV, would you use
 9  the Uber app then?
10      A     No, not if I can't request it.
11      Q     All right.  You're not interested in
12  just a change to the app where the only change is
13  the appearance of the app, you actually want to be
14  able to use it to request WAVs; right?
15      A     Yes.
16      Q     Okay.  What if there was a WAV option on
17  the Uber app but the wait time was an hour before
18  a car would come.  Would you use the Uber app
19  then?
20      A     Yes.
21      Q     In your interrogatory response -- I'm
22  looking at the last paragraph on page 3 that goes
23  into page 4 -- you say, "Mr. Falls asks that
24  defendants take action such that the outcome is
25  that the Uber WAV service Uber provides in
```

Page 62

```
 1          THE WITNESS:  Repeat it again because I
 2      didn't understand clearly what you said.
 3  BY MR. HARVEY:
 4      Q    Do you think -- well, scratch that.
 5  I'll ask a different question.
 6          Do you think Uber should make an Uber
 7  WAV option available 24 hours a day, seven days a
 8  week?
 9      A    Yes.
10      Q    And you think that should be throughout
11  New Orleans?
12      A    Yes.  I'll be able to go to bars, I'll
13  be able to go to parties and I could have them
14  come pick me up and I could get back home safely,
15  you know.
16      Q    And should that WAV service have the
17  same wait times as nondisabled users?
18      A    Yes.
19      Q    Okay.  Does that mean you would not
20  download the app if, say, UberX wait times were
21  five minutes but Uber WAV wait times were an hour?
22      A    I would still download the app.  I'm
23  just trying to get where I need to be at.  And I
24  know I could get dropped off at the place and I
25  could call him and he could pick me up and bring
```

Page 68

```
 1        A      Getting in my wheelchair --

 2               MR. HARVEY:  Object to the form.

 3   BY MR. BIZER:

 4        Q      Okay.  Earlier today -- let me ask you a

 5   different question.

 6               Mr. Falls, do you know any other people

 7   in New Orleans who use wheelchairs?

 8        A      Yes.

 9        Q      Okay.  And do you sometimes talk about

10   life in wheelchairs?

11        A      Yes.

12               MR. HARVEY:  Objection.  Form.

13   BY MR. BIZER:

14        Q      Okay.  Do you sometimes talk about

15   accessibility?

16        A      All the time.

17        Q      And do you talk about the accessibility

18   of transportation companies?

19        A      Yes.

20        Q      And have any of your friends told you

21   that they were able to secure WAVs through a taxi

22   company?

23        A      No.

24               MR. HARVEY:  Objection to form.

25        Leading.
```

```
 1   BY MR. BIZER:
 2        Q    Did any of your friends tell you --
 3             MR. BIZER:  I'll talk slower so you can
 4        get your objections in.  I apologize.
 5   BY MR. BIZER:
 6        Q    Did any of your friends tell you that
 7   they were able to secure a WAV through Lyft?
 8        A    No.
 9             MR. HARVEY:  Objection.  Leading.
10   BY MR. BIZER:
11        Q    Earlier we talked about wait times.  Are
12   you okay with waiting, say, 10 to 15 minutes
13   longer for an Uber than able-bodied folks do?
14        A    Yes.
15             MR. BIZER:  Okay.  Thank you.  No
16        further questions.
17             You good, Pat?
18             MR. HARVEY:  Yeah.  Nothing additional
19        from me.
20             MR. BIZER:  Thanks, everybody.  Happy
21        New Year.
22             MR. HARVEY:  All right.  Thank you.
23             THE COURT REPORTER:  Would you like this
24        transcribed?
25                  (Discussion off the record.)
```

Page 72

1

2                       CERTIFICATE OF OATH

3

4    STATE OF FLORIDA   )

5    COUNTY OF BROWARD  )

6

7            I, Carol Ann Kridos, Notary Public in

8    and for the State of Florida at Large, certify

9    that the witness, FRANCIS FALLS, personally

10   appeared before me via videoconference on

11   January 5, 2021, and was duly sworn by me.

12

13           WITNESS my hand and official seal this

14   19th day of January, 2021.

15

16

17

18

19           _____

             Carol Ann Kridos

20           Notary Public - State of Florida

             Commission No.:  GG974281

21           My Commission Expires:  4/24/24

22

23

24

25

Page 73

1              REPORTER'S DEPOSITION CERTIFICATE

2         I, Carol Ann Kridos, do hereby certify that I

3    was authorized to and did stenographically report

4    the deposition of FRANCIS FALLS; the witness

5    herein; that a review of the transcript was not

6    requested; that the foregoing pages numbered from

7    1 to 70, inclusive, is a true and correct

8    transcription of my shorthand notes of the

9    deposition by said witness.

10        I further certify that I am not a relative,

11   employee, attorney or counsel of any of the

12   parties, nor am I a relative or employee of any of

13   the parties' attorney or counsel connected with

14   the action, nor am I financially interested in the

15   action.

16        The foregoing certification of this

17   transcript does not apply to any reproduction of

18   the same by any means unless under the direct

19   control and/or direction of the certifying

20   reporter.

21        Dated this 19th day of January, 2021.

22

23

24   _____

     Carol Ann Kridos, Shorthand Reporter

25   Notary Public - State of Florida