MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
305.415.3000
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
202.739.3000
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000
ethel.johnson@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION** |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION** |

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

DEFENDANTS' MOTION FOR CLARIFICATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Pursuant to Local Civil Rule 7-11, Defendants respectfully seek an order clarifying whether the Court, in its August 26, 2021 order, granted Plaintiffs' motion for summary on the issue whether Plaintiffs have Article III standing for their claim under 42 U.S.C. § 12184(b)(2)(A), as opposed to merely denying Defendants' cross-motion for summary judgment on the same issue. *See Crawford*, ECF No. 197 at 6; *Namisnak*, ECF No. 160 at 6.

Plaintiffs moved for summary judgment as to the issue of whether they have Article III standing to bring their claims under 42 U.S.C. § 12184(b)(2)(A). *See Crawford*, ECF No. 195 at 20–21. The Court appears to have granted Plaintiffs' motion on that issue, as opposed to simply denying Defendants' cross-motion on the same issue. *See Crawford*, ECF No. 197 at 6; *Namisnak*, ECF No. 160 at 6. Plaintiffs have stipulated that they share this interpretation of the Court's August 26, 2021 order. *See Crawford*, ECF No. 230 § F.7; *Namisnak*, ECF No. 190 § F.7.

So that the record is clear on this topic, and without waiving any appellate rights, Defendants respectfully move this Court to enter an order clarifying whether it granted Plaintiffs' motion for summary judgment on the issue of Plaintiffs' Article III standing to bring their claim under 42 U.S.C. § 12184(b)(2)(A), as opposed to merely denying Defendants' cross-motion on the same issue.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Dated: January 18, 2022

By:   *s/ Anne Marie Estevez*
Anne Marie Estevez
Ethel J. Johnson
Stephanie Schuster
Patrick Harvey
Kathy H. Gao

*Attorneys for Defendants*