MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
305.415.3000
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
202.739-3000
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000
ethel.johnson@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS AND OBJECTIONS** |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS AND OBJECTIONS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Case No. 3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

DEFENDANTS' DEPOSITION COUNTER-
DESIGNATIONS AND OBJECTIONS

Pursuant to the Court's Standing Order for Bench Trials, Defendants Uber Technologies, Inc. and Rasier, LLC, hereby submit their objections and counter-designations to Plaintiffs' designated excerpts filed on January 13, 2022 (*Crawford*, ECF No. 249; *Namisnak*, ECF No. 208).

## I.  Defendants' Counter-Designations And Objections To Plaintiffs' Designated Deposition Excerpts.

In the following attached transcripts, Plaintiffs' designations are highlighted in yellow, Defendants' counter-designations are highlighted in blue, and Defendants' objections are asserted next to the designated question or testimony, as appropriate:

- Deposition of Meera Joshi (November 11, 2020) **(Exhibit A)**
- Deposition of Brad Rosenthal (February 12, 2021) **(Exhibit B)**
- 30(b)(6) Deposition of Robert Rupp (November 10, 2020) **(Exhibit C)**
- 30(b)(6) Deposition of Niraj Patel (November 20, 2020) **(Exhibit D**)

Specific page and line references to Defendants' counter-designations are included below.

### A.  Deposition of Meera Joshi (November 11, 2020) (Exhibit A)

| Start Page/Line | End Page/Line |
|:---:|:---:|
| 5:4 | 5:4 |
| 19:15 | 20:25 |
| 50:7 | 50:11 |
| 53:20 | 54:21 |
| 55:5 | 56:3 |
| 56:23 | 57:1 |
| 57:7 | 57:18 |
| 59:6 | 59:10 |
| 60:3 | 60:12 |
| 60:15 | 60:17 |
| 60:19 | 63:12 |
| 63:18 | 63:21 |

| 64:4 | 64:6 |
| 66:17 | 66:21 |
| 67:23 | 68:18 |
| 70:5 | 70:20 |
| 77:3 | 79:6 |

Defendants further counter-designate and attach Deposition Exhibits 58 and 59 that were introduced during the counter-designated portions discussed above.

**B.      Deposition of Brad Rosenthal (February 12, 2021) (Exhibit B)**

Defendants reiterate their objection to the use of the deposition of Brad Rosenthal at trial because he was not an officer, director, managing agent, or designee under Rule 30(b)(6) of either Defendant at the time of his deposition, and he is not an unavailable witness under Rule 30(a)(4). *See Crawford*, ECF No. 240; *Namisnak*, ECF No. 200.   Mr. Rosenthal is within the subpoena power of the Court under Rule 45(c)(1), and in all events, on January 3, 2022 Defendants offered, in response to Plaintiffs' request, to produce Mr. Rosenthal during Plaintiffs' case-in-chief without a subpoena.

Without waiving that objection, Defendants counter-designate the following portions of Mr. Rosenthal's deposition:

| Start Page/Line | End Page/Line |
|---|---|
| 8:7 | 9:8 |
| 9:11 | 10:9 |
| 12:14 | 12:24 |

**C.      30(b)(6) Deposition of Robert Rupp (November 10, 2020) (Exhibit C)**

| Start Page/Line | End Page/Line |
|---|---|
| 20:25 | 21:1 |
| 24:8 | 24:14 |
| 24:17 | 24:18 |

| 25:1 | 25:3 |
|------|------|
| 25:7 | 25:23 |
| 26:1 | 26:17 |
| 26:23 | 27:14 |
| 29:12 | 29:15 |
| 31:24 | 32:4 |
| 32:8 | 32:9 |
| 37:19 | 37:25 |
| 75:24 | 78:23 |
| 79:7 | 79:16 |
| 82:12 | 82:18 |

**D.      30(b)(6) Deposition of Niraj Patel (November 20, 2020) (Exhibit D)**

| Start Page/Line | End Page/Line |
|-----------------|---------------|
| 148:13 | 148:19 |
| 149:4 | 149:14 |
| 160:13 | 161:10 |
| 178:10 | 172:22 |
| 182:5 | 182:17 |
| 194:21 | 196:10 |
| 196:14 | 197:19 |
| 189:2 | 189:14 |
| 198:18 | 200:3 |
| 201:18 | 202:15 |
| 203:10 | 204:11 |

Defendants also attach the errata submitted by Mr. Patel under Rule 30(e)(1).

**II.   Defendants' Counter-Designation In Response To Plaintiffs' Submission Of Plaintiffs' Second Revised Notice Of 30(b)(6) Deposition.**

Plaintiffs submitted their Second Revised Notice of 30(b)(6) Deposition with their designations.  The scope of the topics each witness would testify about was extensively negotiated between the parties, and certain topics were narrowed by agreement as a result of those negotiations. Defendants therefore submit their objections to Plaintiffs' Notice of 30(b)(6) Deposition as **Exhibit E**, and the parties' further e-mail correspondence about the scope of the designated topics as **Exhibit F**.


MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez

Dated: January 18, 2022

Anne Marie Estevez
Ethel J. Johnson
Stephanie Schuster
Patrick A. Harvey
Kathy H. Gao

*Attorneys for Defendants*