IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>          Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>          Defendants. | Case No. 3:17-cv-02664-RS<br><br>**DECLARATION OF PATRICK A. HARVEY** |
| STEPHAN NAMISNAK, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>         Defendants. | Case No. 3:17-cv-06124-RS<br><br>**DECLARATION OF PATRICK A. HARVEY** |

I, Patrick A. Harvey, hereby declare as follows:

1. I am over eighteen years old. I submit this declaration based on my personal knowledge.

2. I am an associate at Morgan, Lewis & Bockius, LLP, and I represent Defendants Uber Technologies, Inc. and Rasier, LLC in the referenced cases.

3. I submit this declaration in support of Defendants' Motion to Strike Undisclosed Expert Testimony.

4. Attached hereto as **Exhibit A** is a true and correct copy of Dr. James Cooper's disclosure and expert report for the above-captioned cases, which Plaintiffs produced to Defendants on January 14, 2021.

5. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of this Court's October 15, 2021 proceeding on Plaintiffs' motion to amend their complaints.

6. On January 3 and 10, 2022, I emailed Plaintiffs' counsel to disclose and produce recent email communications between Uber and Tower WAV. On January 4, 2022, Plaintiffs' counsel emailed Defendants requesting Uber to stipulate that it will not ask Mr. Fagent any questions concerning the recent communications with TowerWAV and informing Defendants that Plaintiffs are contemplating whether to file a motion *in limine* to exclude the recent communications.

7. Attached hereto as **Exhibit C** is a redlined version comparing Plaintiff Crawford's Second Amended Complaint with his First Amended Complaint.

8. Attached hereto as **Exhibit D** is a redlined version comparing Plaintiffs Namisnak and Falls' Third Amended Complaint with their Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2022, in Washington, D.C.

_____
Patrick A. Harvey